

**BALTIMORE HOUSING**

MARTIN O'MALLEY
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

# MEMORANDUM

**To:** Honorable President and Members
of the Board of Estimates
c/o Karen Randle, Executive Secretary
Room 409, City Hall

**From:** Paul T. Graziano, Commissioner
Department of Housing and Community Development
417 E. Fayette Street, Room 1346

**Date:** September 6, 2006

**Subject:** Poppleton New Housing Construction Land Disposition and Development Agreement

## ACTION REQUESTED OF BOARD OF ESTIMATES:

The Department of Housing and Community Development ("HCD") respectfully requests the Honorable Board of Estimates to approve the sale of five hundred fifty three (553) properties to Poppleton Development I, LLC for construction of approximately 1,650 units of new rental and for sale housing and 100,000 square feet of commercial retail space. Please indicate your approval in the space provided below as well as on page 32 of each counterpart of the Agreement.

## IF APPROVED, EXPECTED RESULT:

The developer proposes to construct approximately 1,650 units of new housing and 100,000 square feet of new commercial retail space. The developer plans to construct approximately 293 rental units, and 1,356 homeownership units. Twenty percent of the new housing will be affordable to households with incomes between 60 – 100% of Area Median Income, or about 330 units of affordable rental and homeownership housing.

Exhibit 5 to
Verified Complaint



417 E. Fayette Street • Baltimore, MD 21202 • MD Relay 711 • TTY 410-547-9247 • baltimorehousing.org
Baltimore Housing reflects the combined efforts of the Housing Authority of Baltimore City and the Baltimore City Department of Housing and Community Development

Honorable President and Members
of the Board of Estimates
September 6, 2006
Page 2 of 3

## AMOUNT OF MONEY AND SOURCE OF FUNDS:

The Purchase Price for the Property is One Dollar ($1.00) per property plus a Reimbursement Amount. The Reimbursement Amount is equal to $1 million, plus the appraised value of the Property of Sixteen Dollars ($16.00) per square foot, minus a credit for each unit of affordable housing constructed in the development site. The Purchase Price plus the Reimbursement Amount shall be paid by the Developer from private funding sources at the time of settlement.

## BACKGROUND AND EXPLANATION:

The City is undertaking a major redevelopment effort in the Poppleton neighborhood. The development plan grows out of a study commissioned by the Village Center of Poppleton and Empower Baltimore Management Corporation, which found development of market-rate homes to be feasible on a 13.8-acre site adjacent to the University of Maryland's BioPark campus. The development site consists of 525 properties, 358 of which the City currently owns or will soon have in title, and 167 of which the City will use its authority through the Poppleton Urban Renewal Plan to acquire. The developer will also rehabilitate twenty-eight (28) vacant properties on the adjacent blocks and offer the newly restored homes as a relocation option for families within the project area.

The site was awarded to the development team of La Cite Development and WestPac, which have formed the entity Poppleton Development I, LLC, through a competitive Request for Qualifications process. The developer proposes to construct approximately 1,650 units of new housing and 100,000 square feet of new commercial retail space. The developer plans to construct 293 rental units, and 1,356 homeownership units. Twenty percent of the new housing will be affordable to households with incomes between 60 – 100% of Area Median Income, or about 330 units of affordable rental and homeownership housing. The developer expects to begin construction on the first phase of the project in 2007. There will be a total of 4 phases, with construction beginning on a new phase every 2 to 3 years, and completing all construction in 2015. The total project construction costs are estimated to be $275 million.

Honorable President and Members
of the Board of Estimates
September 6, 2006
Page 3 of 3

It is requested that your Honorable Board approve the sale the five hundred fifty three (553) properties included in this Land Disposition and Development Agreement pursuant to the procedures set out in Ordinance No. 837 approved March 31, 1975 establishing the Poppleton Urban Renewal Area, as amended from time to time; Ordinance No. 831 approved July 19, 1978 establishing the Franklin Square Urban Renewal Area, as amended from time to time; Ordinance No. 477, approved December 6, 1973 which authorizes the City to dispose of the Properties; Ordinance No. 95-525 [Article 13, Section 2-7(mm)], approved November 11, 1999 which authorizes the City to dispose of the Properties; and Ordinance No. 95-525 [Article 13, Section 2-7(h)]; approved November 11, 1999 which authorizes the City to dispose of the Properties.

### COMMUNITY NOTIFICATION:

X  Yes:  Four large community meetings have been held and several smaller meetings.
___ No:

### COMMUNITY SUPPORT:

X  Yes:  The community is generally in support of the project. Several residents have voiced concerns over acquisition and relocation procedures that we have worked with them to address.
___ No:

### MBE/WBE PARTICIPATION:

The Developer has signed a Commitment to Comply with the Minority and Women's Business Enterprise Program of the City of Baltimore.

APPROVED BY THE BOARD OF ESTIMATES:

_Bernice W. Taylor_                            SEP 2 7 2006
_____                   _____
Clerk                                          Date

PTG:AS:as

cc:   Mayor O'Malley

Originator: Alastair Smith   Phone: 410 361-9014
Email: alastair.smith@baltimorecity.gov


bcc:   Chris Shea
Rosa Diaz
Alastair Smith
File (Planning and Development)
Chron.