**From:** Hitchcock, Claude Edward [mailto:CHITCHCOCK@gfrlaw.com]
**Sent:** Thursday, July 12, 2007 1:59 PM
**To:** Dan Bythewood
**Subject:** RE: Poppleton Redevelopment

Great!

---

**From:** Dan Bythewood [mailto:dbythewood@lacitedevelopment.com]
**Sent:** Thursday, July 12, 2007 11:15 AM
**To:** andrew.frank@baltimorecity.gov
**Cc:** Hitchcock, Claude Edward
**Subject:** Poppleton Redevelopment

Hello Andy,

Thank you for taking the time to meet with us and discuss the Poppleton Redevelopment project. We are very encouraged by your approach to be more aggressive as it relates to acquisition and how time sensitive development truly is. We look forward to hearing the outcome of your conversations with Housing in the near future on how the City plans to proceed in this regard. As we told you in the meeting, we will be actively working on pulling together the documents for us to hire a staff to lease back to the city specifically for acquisitions of the Poppleton project.

As for your concern as it relates to loan money from institutional lenders, I think you will be presently surprised at the kind of money that our lenders will be presenting as a loan to the city for acquisition. We are having Fannie Mae draft a letter to you explaining how their new programs function after their restructuring. Hopefully, you will see why we are excited to have further discussions with Fannie and other lenders regarding these types of programs.

I also know that Ed Hitchcock mentioned to you our want to facilitate the sale of the shopping center to the CDC (Poppleton Village) because the proceeds can go directly to the city unencumbered for acquisition of Poppleton. I think it is important to gather as much non loan money for acquisition as possible for this project. If we can put another $2 million into the City's hands for Poppleton it will go very far. Our concern is hiring this great staff and having everything in place for acquisition and then there is a shortage of capital to complete acquisition.

Once again, thank you for spending time with us. We look forward to a long standing relationship with you as we redevelop Poppleton.

Best Regards,


Dan Bythewood

Exhibit 6 to Verified Complaint

*******************************

The information supplied in this message may be legally privileged. If you are not the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now advising you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. No written opinion of a Gordon, Feinblatt attorney on a federal tax issue should be understood to suggest a more likely than not favorable outcome unless the words 'more likely than not' are actually used in the opinion.