**From:** Hitchcock, Claude Edward [mailto:CHITCHCOCK@gfrlaw.com]
**Sent:** Friday, July 20, 2007 12:28 PM
**To:** Frank, Andrew
**Cc:** Dan Bythewood
**Subject:** Poppleton

Have you had an opportunity to follow up our recent meeting regarding Poppleton. We are anxious to start the interview and hiring processes aimed at assisting the City with the condemnation cases but have been advised that there is a two week process just to clear some contracting forms that we need in order to prepare our contracts. Why does this stuff take so long?

Were you able to determine why so few properties have been purchased by the City.

While I may appear impatient, I am only concerned about giving Murphy's Law too much time to raise it ugly head.

*Claude E. Hitchcock, Esq.*
*Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC*
*233 East Redwood Street*
*Baltimore, MD 21202*
*Tel. 410-576-4053; Fax. 410-576-4196; Cell. 410-404-1280*

Exhibit 7 to Verified Complaint