**From:** Hitchcock, Claude Edward [mailto:CHITCHCOCK@gfrlaw.com]
**Sent:** Wednesday, May 21, 2008 12:43 PM
**To:** Frank, Andrew
**Subject:** Client meltdown

I am experiencing a situation where the La Cite people are feeling victimized and like they are not being given the attention that EBDI is being given with respect to the acquisition process. They are more upset than I have ever seen them particularly about the City's failure to I.D. the money necessary to move Poppleton along! As I attempt to keep things under control any distinguishing/pertinent facts between the two projects that you can provide me will be much appreciated. Does EBDI have penalty provisions in the LDA for the city's failure to meet deadlines? La Cite has reason to believe that they do.

*Claude E. Hitchcock, Esq..*
*Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC*
*233 East Redwood Street*
*Baltimore, MD 21202*
*Tel. 410-576-4053; Fax. 410-576-4196; Cell. 410-404-1280*

Exhibit 9 to
Verified Complaint