From: "Smith, Alastair" <Alastair.Smith@baltimorecity.gov>

Date: Tue, 3 Jun 2008 22:55:54
To: "Dan Bythewood" <dbythewood@lacitedevelopment.com>, "Justine Linnehan" <jlinnehan@lacitedevelopment.com>
Cc: "McDaniels, Derek" <Derek.McDaniels@habc.org>, "Daniel Bythewood" <db@lacitedevelopment.com>, "Tom Fee" <tomfee1@aol.com>, "Hitchcock, Claude Edward" <CHITCHCOCK@gfrlaw.com>
Subject: RE: 906 W. Saratoga Street

Dan,

I'm certainly not trying to set a new precedent or do anything that would cause any significant change to the development plan that your team has spent so much time and resources putting into place. This property is unique as it is wedged between two buildings that we originally thought would be cleared, but are now to remain. I'm unclear about what is to be constructed where 906 W. Saratoga Street is located given that the factory is to remain and the Metro Metals building is to be rehabilitated.

Let's talk tomorrow so I can better understand what the plan will now yield given the constraints on either side of the property.

Alastair


----------------

From: Dan Bythewood [mailto:dbythewood@lacitedevelopment.com]
Sent: Tue 6/3/2008 4:28 PM
To: Smith, Alastair; Justine Linnehan
Cc: McDaniels, Derek; Daniel Bythewood; Tom Fee; Hitchcock, Claude Edward
Subject: RE: 906 W. Saratoga Street


Alastair,

I strongly oppose your recommendation to remove 906 W Saratoga from the Poppleton project and don't understand the logic behind such a drastic shift in the acquisition policy based upon the new appraisal. I feel that the removal of this property from the acquisition schedule is arbitrary and reactionary, and am very wary of the precedent that this would

1

Exhibit 10 to Verified Complaint

set for future acquisitions, allowing holes to be punched into the development plan randomly based upon fluctuating land values. The acquisition plan we are currently following has been agreed upon for years, and Poppleton 1 has spent millions of dollars bringing this plan through the PUD, Urban Renewal, and UDAARP processes, as well as various stages of schematic design and infrastructure planning.

The removal of the Gillin properties and related alterations to the overall master plan was agreed upon years ago, and the removal of those properties does not in any way make it acceptable to chop additional lots from the Poppleton project. We can not afford to start losing massive amounts of square footage in the middle of our development due to the cost of acquisition and relocation for a single building. Furthermore, I don't understand why the cost of the property is such a surprise because HCD had previously run analysis of the cost of acquisition and relocation for these properties, and had identified a cost of over $2.9 million for the acquisition of block 157 for all of these uses, inclusive of demolition.

We have had long discussions at the beginning of this process 3 to 4 years ago, and as we did then and still do now, we urge the city to gather all of the capital needed for the acquisition of the Poppleton project in order to take down 100% of the properties before increasing values make the cost of acquisition impossible. This newest development is exactly what we have been warning Baltimore Housing about for years! This is also why we disagree with the phased funding of acquisition costs through the TIF, as any delay in the takedown of the properties will allow for increasing real estate values to make the cost of the Poppleton project astronomical. We still maintain that the City needs to locate financing from a traditional lender or from Fannie Mae for a line of credit or a loan based upon a draw down schedule, with funds allocated only as needed to avoid interest costs, while making funds available as future property acquisition becomes possible.

We have tried to be flexible in the past, working with the City to meet all of their requirements and demands, however at this time I have to express my strong disagreement with the latest request to remove 906 W Saratoga from the Poppleton project. As always, we are anxious to discuss with you other options to facilitate the successful acquisition of the full project footprint, but we are not willing to consider the removal of this property from the LDA. I will be in contact shortly to discuss this further.

Regards,

Dan


From: Smith, Alastair [mailto:Alastair.Smith@baltimorecity.gov]
Sent: Tuesday, June 03, 2008 2:23 PM
To: Dan Bythewood; Justine Linnehan
Cc: McDaniels, Derek
Subject: 906 W. Saratoga Street

Dan and Justine,
I think we need to revisit the acquisition of 906 W. Saratoga Street. I have attached an arial view showing the property and the lots lines.
We just received the appraisal and estimated relocation cost. The appraisal is for $529,000. There are 12 rental units in the building of which we think about half are occupied. If the household is low income, the relocation cost is estimated to be $63,000 to subsidize their rent for 5 years. To pay the relocation of 6 households would bring the total acquisition and relocation cost to $907,000. If there are additional occupied units, the cost could well exceed $1 million.
The property was included in acquisition plan when it was still part of the plan for La Cite to acquire the Gillin Company at 914 W. Saratoga Street. Given that the company is not moving, and that 906 W. Saratogata Street is in good condition, and has a small footprint, I recommend that the property be removed from the City acquisition list.

We will still acquire the adjacent Metro Metals building which wraps around the rear of 906 W. Saratoga Street. However, the cost of acquiring 906 W. Saratoga Street does not seem to justify the limited gain of acquiring this property next to the metal plant when this side of the block is to be mod rehab.
Give me a call if you want to discuss.
Alastair
<<906 W. Fayette St..ppt>>