**From:** Smith, Alastair
**To:** chitchcock@gfrlaw.com ; dbythewood@lacitedevelopment.com
**Cc:** Frank, Andrew
**Sent:** Wed Dec 10 13:13:00 2008
**Subject:** St. Mary's Church Settlement

Dan and Ed,

We successfully settled the acquisition of St. Mary's church this morning. John Murphy agreed to split the difference between the two appraisals. The settlement agreement will be sent to the Board of Estimates for approval, and we will begin working with Pastor McCoy to relocate. This gives the City site control of the first block.

Next up is a mediation session in January with John Murhpy on the Sampson's restuarant property.

Resolution of this will give the City site control for all of the Phase 1 rental.

Alastair

Exhibit 12 to Verified Complaint