**From:** Smith, Alastair [mailto:Alastair.Smith@baltimorecity.gov]
**Sent:** Thursday, January 13, 2011 12:43 PM
**To:** Dan Bythewood
**Cc:** Justine Linnehan; Zoller, Danielle S.; Porter, Michelle
**Subject:** RE: Poppleton

Dan,
I have requested demolition estimates under the City's existing contracts for blocks 202, 187, and 172. Once I get the number back, we can discuss the schedule. But generally, we should be ready to go very soon. There is still one property we are finishing acquisition on block 157. Once this is complete, we will proceed with demolition of that block as well.

In regards to the TIF district, the basic steps are that we prepare an application to submit to the Dept of Finance, they submit it to the Board of Finance, and then a bill is submitted to the City Council for approval.

When we had an analysis done in 2008 (attached) the project generated enough revenue to cover the debt service based on a fairly aggressive development schedule for Phase 1. However, the issuance was very expensive compared to the proceeds generated: $500,000 in issuance costs and $25 million in interest to generate $12 million in proceeds. The comment from Finance was that this was a very inefficient way to raise funds and that other alternatives should be explored. They generally don't recommend a TIF bond offering now of less than $25 million, maybe more. The state of the municipal bond market probably doesn't help the picture either, especially in light of the problems that the Westport project has had selling its TIF bonds recently. A pay-go model may be a possibility.

I can revisit the issue, but the key questions remain:
- What is the use of the funds?
- What is the program?
- What is the schedule?
- Does the project pass the "but, for" test?

I'm available to discuss further.

Alastair

---

**From:** Dan Bythewood [mailto:dbythewood@lacitedevelopment.com]
**Sent:** Wednesday, January 05, 2011 4:48 PM
**To:** Smith, Alastair
**Cc:** Justine Linnehan; Zoller, Danielle S.
**Subject:** Poppleton

Alastair,

To follow up on a few of the items that we discussed during our meeting at City Hall on December 30th, I wanted to reach out to you regarding the documents that I gave you from CBRE and M.R.

Exhibit 13 to Verified Complaint

Beal. Specifically, CBRE has requested that the Phase I sites be demolished in order to assist the marketing of the Poppleton site to potential retail lessees, and M.R. Beal has requested that we initiate work on the TIF district so that we can prepare to float bonds to benefit the Poppleton district.

> With regards to the demolition of Phase I, we are requesting that the City demolish the structures located on all lots included in the Poppleton project within blocks 202, 187, 172, and 157 first. Please send us a schedule of when this will go out to bid and we can discuss dates for the demolition to begin.
>
> In reference to the TIF, we would like to draw a larger TIF district for the project and would like to start that process immediately. Please let us know what the steps are to draw the TIF district so that we can prepare the proper information. Please also let us know what the timeline for the TIF process is from definition of the TIF district through repayment of the bond.

Thank you in advance for your assistance on these issues.

Regards,

Dan

Dan Bythewood
President
La Cité Development


**NOTE:** This e-mail transmission, including any attachments, may contain confidential or proprietary information that is intended for the sole use of the addressee(s) named above. Any unauthorized use, copying, disclosure, dissemination or distribution of this email or the information contained herein is strictly prohibited. If you have received this transmission in error, or are not the named recipient(s), please notify the sender immediately by return e-mail and permanently delete this transmission, including any attachments.