**From:** Dan Bythewood [mailto:dbythewood@lacitedevelopment.com]
**Sent:** Wednesday, January 05, 2011 4:48 PM
**To:** Smith, Alastair
**Cc:** Justine Linnehan; Zoller, Danielle S.
**Subject:** Poppleton

Alastair,

To follow up on a few of the items that we discussed during our meeting at City Hall on December 30th, I wanted to reach out to you regarding the documents that I gave you from CBRE and M.R. Beal. Specifically, CBRE has requested that the Phase I sites be demolished in order to assist the marketing of the Poppleton site to potential retail lessees, and M.R. Beal has requested that we initiate work on the TIF district so that we can prepare to float bonds to benefit the Poppleton district.

> With regards to the demolition of Phase I, we are requesting that the City demolish the structures located on all lots included in the Poppleton project within blocks 202, 187, 172, and 157 first. Please send us a schedule of when this will go out to bid and we can discuss dates for the demolition to begin.
>
> In reference to the TIF, we would like to draw a larger TIF district for the project and would like to start that process immediately. Please let us know what the steps are to draw the TIF district so that we can prepare the proper information. Please also let us know what the timeline for the TIF process is from definition of the TIF district through repayment of the bond.

Thank you in advance for your assistance on these issues.

Regards,

Dan

Dan Bythewood
President
La Cité Development

NOTE: This e-mail transmission, including any attachments, may contain confidential or proprietary information that is intended for the sole use of the addressee(s) named above. Any unauthorized use, copying, disclosure, dissemination or distribution of this email or the information contained herein is strictly prohibited. If you have received this transmission in error, or are not the named recipient(s), please notify the sender immediately by return e-mail and permanently delete this transmission, including any attachments.

Exhibit 14 to
Verified Complaint