**From:** Smith, Alastair [mailto:Alastair.Smith@baltimorecity.gov]
**Sent:** Thursday, January 13, 2011 12:43 PM
**To:** Dan Bythewood
**Cc:** Justine Linnehan; Zoller, Danielle S.; Porter, Michelle
**Subject:** RE: Poppleton

Dan,
I have requested demolition estimates under the City's existing contracts for blocks 202, 187, and 172. Once I get the number back, we can discuss the schedule. But generally, we should be ready to go very soon. There is still one property we are finishing acquisition on block 157. Once this is complete, we will proceed with demolition of that block as well.

In regards to the TIF district, the basic steps are that we prepare an application to submit to the Dept of Finance, they submit it to the Board of Finance, and then a bill is submitted to the City Council for approval.

When we had an analysis done in 2008 (attached) the project generated enough revenue to cover the debt service based on a fairly aggressive development schedule for Phase 1. However, the issuance was very expensive compared to the proceeds generated: $500,000 in issuance costs and $25 million in interest to generate $12 million in proceeds. The comment from Finance was that this was a very inefficient way to raise funds and that other alternatives should be explored. They generally don't recommend a TIF bond offering now of less than $25 million, maybe more. The state of the municipal bond market probably doesn't help the picture either, especially in light of the problems that the Westport project has had selling its TIF bonds recently. A pay-go model may be a possibility.

I can revisit the issue, but the key questions remain:
- What is the use of the funds?
- What is the program?
- What is the schedule?
- Does the project pass the "but, for" test?

I'm available to discuss further.

Alastair

Exhibit 15 to Verified Complaint