

Exhibit 16