

Exhibit 17