

Exhibit 18