

Exhibit 19