W. LEXINGTON ST.
PARKING
ONDAY AND
THURSDAY
0AM-1130AM
RS TOWED AWAY

Exhibit 20