

Exhibit 21