**From:** Smith, Alastair [mailto:Alastair.Smith@baltimorecity.gov]
**Sent:** Thursday, February 03, 2011 11:23 AM
**To:** Zoller, Danielle S.
**Cc:** Dan Bythewood; Fishman, David H.
**Subject:** RE: City Bond Counsel

Danielle,

Dan and I met last week and he was to provide me with a summary of what his proposed use of TIF proceeds is. I would then arrange a meeting with the Dept of Finance. Bond counsel would not be assigned until much further down the road if Finance approves the TIF.

Alastair

---

**From:** Zoller, Danielle S. [mailto:dzoller@gfrlaw.com]
**Sent:** Thursday, February 03, 2011 11:12 AM
**To:** Smith, Alastair
**Cc:** Dan Bythewood; Fishman, David H.
**Subject:** City Bond Counsel
**Importance:** High

Alastair, Can you please confirm that Alan Cason will be the City's bond counsel for the Poppleton TIF/Special Taxing District? We know that Alan has historically been the City's bond counsel, but as of earlier this week, he had not been informed yet that he would be working on Poppleton. Thanks.

Danielle Stager Zoller, Esq.
**GORDON FEINBLATT**
Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
Phone: 410-576-4036
Fax: 410-576-4182
Email: dzoller@gfrlaw.com
www.gfrlaw.com


******************************

The information supplied in this message may be legally privileged. If you are not the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

Circular 230 Disclosure: Treasury Department regulations require us to notify you that any federal tax advice contained in this communication (including any attachments unless otherwise expressly stated) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

Exhibit 24 to Verified Complaint