| | |
|---|---|
| **From:** | Justine Linnehan |
| **To:** | "Smith, Alastair" |
| **Cc:** | Dan Bythewood; "Zoller, Danielle S."; "Ginsburg, Robin"; Chhea, Samphas |
| **Subject:** | Poppleton TIF Meeting |
| **Date:** | Wednesday, March 30, 2011 10:24:36 AM |
| **Attachments:** | La Cité TIF Presentation April 2011.pdf |

Alastair,

Attached please find a copy of the presentation we have prepared for our meeting with the City, including our preliminary budget, proposed use of funds, timeline, financing needs, etc. As I mentioned to you earlier, we would like to set up a meeting within the next two weeks so that we can establish a timeline including roles and responsibilities of each party. If you could please review the attached and let me know if we can provide anything further, that would be great. We will be including our legal team as well as our bond underwriters from M.R. Beal, so if you could please provide a few dates we will coordinate with everyone's schedule on our side.

Best regards,
Justine

Justine Linnehan
Director of Development
La Cité Development, LLC
237 West 35th Street, 4th Floor
New York, NY 10001
jlinnehan@lacitedevelopment.com
Direct: (646) 674-0064
Main: (212) 616-6811
Fax: (212) 201-1171

**NOTE:** This e-mail transmission, including any attachments, may contain confidential or proprietary information that is intended for the sole use of the addressee(s) named above. Any unauthorized use, copying, disclosure, dissemination or distribution of this email or the information contained herein is strictly prohibited. If you have received this transmission in error, or are not the named recipient(s), please notify the sender immediately by return e-mail and permanently delete this transmission, including any attachments.

Exhibit 25 to
Verified Complaint