**From:** Zoller, Danielle S. [mailto:dzoller@gfrlaw.com]
**Sent:** Friday, April 15, 2011 5:26 PM
**To:** Smith, Alastair
**Cc:** Dan Bythewood; Justine Linnehan; Fishman, David H.
**Subject:** Poppleton TIF

Alastair, Thank you for your email last week. While I believe that the information that the Department of Finance is requesting is already contained in the power point presentation, LaCite intends to put the requested information together in a revised format and send it to you soon. What we do not understand is the Department's request for the underwriting for the entire project since we are currently focused on Phase I and the City does not own all of the property in the other phases yet.

It is very important that we get the TIF district drawn as soon as possible. Then we can move forward with the actual legislative process, which will take some time to complete. As you know, LaCite and The Hampstead Companies would each like their Poppleton projects to be included within the same TIF district and would like this to occur soon. The City may pass an ordinance creating the TIF district prior to passing an ordinance authorizing the bonds, as it has done for other projects, and we think that this should be pursued now.

My firm has worked on a number of TIF projects in the past and my partner David Fishman recently spoke to the City's usual bond counsel about this project. We believe that this is the type of project the City can and should support for TIF funding. Given that the TIF funds are an important part of the budget for Phase I, we need to move this forward more quickly. Anything you can do to help move this along more quickly would be greatly appreciated.

Danielle Stager Zoller, Esq.
**GORDON FEINBLATT**
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
Phone: 410-576-4036
Fax: 410-576-4182
Email: dzoller@gfrlaw.com
www.gfrlaw.com

Exhibit 26 to Verified Complaint

---

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

Circular 230 Disclosure: Treasury Department Regulations require us to notify you that any federal tax advice contained in this communication (including any attachments unless otherwise expressly stated) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.