**From:** Smith, Alastair [mailto:Alastair.Smith@habc.org]
**Sent:** Monday, April 18, 2011 12:11 PM
**To:** 'Zoller, Danielle S.'
**Cc:** Dan Bythewood; Justine Linnehan; Fishman, David H.; Porter, Michelle; Engel, Peter F."Assistant Commissioner"
**Subject:** RE: Poppleton TIF

Danielle,

Thanks for checking in on the TIF. The presentation was a good overview, but did not provide the detail necessary on the budget for the $17 million in TIF funds La Cite is requesting, and what the timing of the improvements is beyond the first building.

If La Cite is intending to create a TIF district for the entire project site, than the information in needed for all phases. Is La Cite only proposing to create a TIF district for Phase 1? Or a larger district with only underwriting for Phase 1?

Creating the TIF district is part of the legislative process. As I understand it, it is part of four ordinances submitted to the Council for approval:

1. A TIF Development District Ordinance – Establishes the boundaries of the TIF
2. A Special Taxing District Ordinance – Establishes the special taxing district
3. A Bond Authorization Ordinance – Authorizes the City to issue TIF bonds
4. A supplementation Appropriation Ordinance – Authorizes the City to receive and disburse the bond proceeds to fund the improvements.

As soon I receive the information at the Dept of Finance requested, we can get the ball rolling.

Alastair

Exhibit 27 to Verified Complaint