**From:** Justine Linnehan
**Sent:** Wednesday, April 27, 2011 4:31 PM
**To:** 'Smith, Alastair'
**Cc:** Dan Bythewood; Zoller, Danielle S.
**Subject:** RE: Poppleton TIF Meeting

Alastair,

In response to your recent request for information relating to the Poppleton Project, please find enclosed the following:

- Poppleton Redevelopment Project Overview
- Map of the proposed TIF district
- Sources and uses of funds for the phased project

I've also attached a memo in response to some of the questions posed about the project.  Please let me know if I can provide anything further.

Best regards,
Justine

Justine Linnehan
Director of Development
La Cité Development, LLC
237 West 35th Street, 4th Floor
New York, NY 10001
jlinnehan@lacitedevelopment.com
Direct: (646) 674-0064
Main: (212) 616-6811
Fax: (212) 201-1171


**NOTE:** This e-mail transmission, including any attachments, may contain confidential or proprietary information that is intended for the sole use of the addressee(s) named above.  Any unauthorized use, copying, disclosure, dissemination or distribution of this email or the information contained herein is strictly prohibited.  If you have received this transmission in error, or are not the named recipient(s), please notify the sender immediately by return e-mail and permanently delete this transmission, including any attachments.

Exhibit 28 to
Verified Complaint

# La Cité Development

*A Real Estate Development Company*

237 W. 35th Street, 4th Fl.
New York, NY 10001
Phone: (212) 616-6811
Fax: (212) 201-1171

Memorandum

To:     Alastair Smith, Development Manager, Baltimore Housing

From:  La Cité Development – Justine Linnehan

Date:   April 27, 2011

Re:     Poppleton Redevelopment Project – TIF District

---

Dear Alastair,

In response to your recent request for information relating to the Poppleton Redevelopment Project and our request for a meeting with the Baltimore Department of Finance to discuss the process to create a TIF district to benefit the project, please find enclosed the following:

- Poppleton Redevelopment Project Overview
- Map of the proposed TIF district
- Sources and uses of funds for the phased project

With respect to your request for specific information regarding the proposed budget for uses of the TIF funds and timing for disbursement, it is currently anticipated that the TIF bond proceeds will be used to fund infrastructure improvement, including street paving, sidewalks and landscaping, lighting, general infrastructure upgrades, street beautification, and security and technology improvements including closed circuit cameras and wireless internet access. The bond proceeds might additionally be used to fund neighborhood improvements, including the creation of a neighborhood charter school within the project site, the redevelopment of Greater Model Park, the creation of green space, and the development of additional community benefits and recreational opportunities within the project site. TIF funding is also anticipated to be used to assist the development of the affordable housing, including both the Non-Elderly Disabled units which will comprise 5% of all project units, and the affordable housing units which will make up a total of 20% of all project units. As for the schedule and budget for these uses, we have been advised by counsel that the use and disbursement of TIF funds will be subject to the approval of bond counsel. We will therefore work with the City's bond counsel to develop a timeline and budget of approved uses for the TIF proceeds.

With regards to the development timeline, we currently anticipate closing on construction financing for the first building in Phase I in Q1 2012 and beginning construction of Building I in Q2 2012. Buildings II and III of the first phase will be constructed simultaneously thereafter, commencing in approximately Q1 2014.

Please let me know if I can provide any additional information. We look forward to meeting with you and the Department of Finance quickly so that we can take the necessary steps to move this process forward.

Best regards,

Justine Linnehan
Director of Development
La Cité Development, LLC

| | Total | PHASE I - Rental | Phase II - Ownership | Phase III - Ownership | Phase IV - Ownership |
|---|---|---|---|---|---|
| **INPUT** | | | | | |
| Acquisition cost | $1,000,000 | $203,345 | $268,810 | $110,168 | $417,677 |
| Buildings | 32 | 5 | 11 | 5 | 11 |
| Units Under Construction | 1,788 | 465 | 462 | 140 | 721 |
| | | | | | |
| **A. SOURCE OF FUNDS** | | | | | |
| | | | | | |
| Equity | $99,743,525 | $18,913,392 | $29,115,487 | $8,156,249 | $43,558,397 |
| Mortgage | $324,406,738 | $81,916,338 | $87,346,461 | $24,468,746 | $130,675,192 |
| Tax Increment Financing | $17,000,000 | $17,000,000 | TBD | TBD | TBD |
| New Markets Tax Credits | $18,000,000 | $18,000,000 | TBD | TBD | TBD |
| NED Capital Funding | $697,500 | $697,500 | | | |
| Total Sources | $459,847,763 | $136,527,230 | $116,461,948 | $32,624,995 | $174,233,590 |
| | | | | | |
| **B. USES OF FUNDS** | | | | | |
| Acquisition | $1,000,000 | $203,345 | $268,810 | $110,168 | $417,677 |
| Construction Costs | $263,008,033 | $85,677,928 | $63,941,700 | $17,253,825 | $96,134,580 |
| Construction Contingency | $26,300,803 | $8,567,793 | $6,394,170 | $1,725,383 | $9,613,458 |
| Total Construction Costs | $289,308,836 | $94,245,720 | $70,335,870 | $18,979,208 | $105,748,038 |
| | | | | | |
| **Soft Costs:** | | | | | |
| Appraisal/Market Study | $420,804 | $22,500 | $143,055 | $47,582 | $207,667 |
| Surveys & Boring Reports | $553,018 | $140,430 | $146,641 | $41,866 | $224,081 |
| Professional Fees | $41,029,411 | $12,339,918 | $10,231,643 | $2,972,920 | $15,484,929 |
| Architect | $17,529,685 | $6,183,515 | $4,032,638 | $1,151,313 | $6,162,219 |
| MEP Engineers | $3,113,780 | $1,050,840 | $733,207 | $209,330 | $1,120,404 |
| Construction Supervision | $28,114,320 | $6,597,200 | $7,673,732 | $2,229,690 | $11,613,697 |
| Project Legal | $925,000 | $250,000 | $275,000 | $125,000 | $275,000 |
| Soft Cost Contingency | $12,389,369 | $2,074,669 | $3,666,034 | $1,046,649 | $5,602,018 |
| | | | | | |
| **Financing Fees:** | | | | | |
| Commitment Fee | $3,244,067 | $819,163 | $873,465 | $244,687 | $1,306,752 |
| Borrower Legal & Accounting | $5,841,687 | $2,255,500 | $1,278,955 | $371,615 | $1,935,616 |
| | | | | | |
| **Sales/Leasing:** | | | | | |
| Marketing/Leasing | $9,361,863 | $1,860,250 | $2,882,384 | $1,098,318 | $3,520,911 |
| Condo Offering Plan | $1,350,000 | $0 | $550,000 | $250,000 | $550,000 |
| | | | | | |
| **Operating Costs:** | | | | | |
| Title Insurance | $2,935,492 | $783,780 | $767,373 | $222,969 | $1,161,370 |
| Real Estate Tax | $427,096 | $111,060 | $110,396 | $33,515 | $172,124 |
| Insurance Fire/Liability | $7,235,360 | $2,004,568 | $1,864,527 | $540,281 | $2,825,984 |
| Water/Sewer Tax | $877,588 | $465,000 | $146,641 | $41,866 | $224,081 |
| Debt Srv/Op Rsrv | $34,218,619 | $5,119,771 | $10,481,575 | $2,936,250 | $15,681,023 |
| Total Soft Costs | $169,567,158 | $42,078,164 | $45,857,268 | $13,563,850 | $68,067,875 |
| Total Uses | $459,875,994 | $136,527,230 | $116,461,948 | $32,653,226 | $174,233,590 |



# POPPLETON I, LLC

## Poppleton Redevelopment Project Overview

Baltimore, MD

2011

This Project Overview does not constitute an offer to sell, or a solicitation of an offer to buy, any security of Poppleton I, LLC. No offer, solicitation or sale will be made in any jurisdiction in which such an offer, solicitation, or sale would be unlawful. Offers to sell, or solicitations of offers to buy any security of Poppleton I, LLC will only be made to accredited investors who have received a Confidential Private Placement Memorandum approved by the company and pursuant to the offering terms described in such memorandum.

# TABLE OF CONTENTS

PROJECT OVERVIEW ....................................................................... 3
EXECUTIVE SUMMARY .................................................................. 4
Summary Overview ........................................................................... 4
Opportunity ......................................................................................... 4
Zoning .................................................................................................. 6
Marketing Target ............................................................................... 6
Looking Ahead .................................................................................. 8
CORPORATE STRUCTURE ............................................................ 10
Mission ................................................................................................ 10
Company Overview ........................................................................... 10
Philosophy .......................................................................................... 10
Project Types ...................................................................................... 11
Project History .................................................................................... 11
MANAGEMENT TEAM ..................................................................... 13
Daniel Bythewood, Jr ...................................................................... 13
Daniel W. Bythewood, Sr ............................................................... 13
PROFESSIONAL PARTNERS ......................................................... 15
Local Counsel .................................................................................... 15
Project Counsel .................................................................................. 15
Architects ............................................................................................ 16
General Contractor ........................................................................... 17
Engineering Contractor .................................................................... 17
SITE PHOTOS .................................................................................... 19
MAPS .................................................................................................... 21
CONTACT ............................................................................................ 23

# PROJECT OVERVIEW



Conceptual image of a low-rise condominium complex in the future Park Square Development.

→ The *Park Square Development* project is a large scale redevelopment effort involving 13.8 acres of largely blighted and vacant land in the Poppleton neighborhood of Southwest Baltimore. In total the project will include 526 properties currently owned or in the process of acquisition by the City of Baltimore.

→ The overall development will create approximately 1,300 to 1,800 units of housing through four phases of construction, including approximately 465 units of rental housing and up to 1,300 units of residential homeownership, consisting of both condominiums and town homes.

→ Up to 150,000 square feet of commercial space will be located on the block between N. Schroeder and N. Amity Streets, extending from W. Baltimore to W. Lexington Street. The project will also involve the creation of parking, municipal services, a K-8 charter school, and the redevelopment of a six-acre park.

→ Housing units generated by the *Park Square Development* will consist of 20% affordable and workforce housing, with the remaining 80% sold or rented at market rate. Included within the affordable or workforce housing units, up to 5% of the total project units will have a guaranteed tenancy by inclusion in the Non-Elderly Disabled (NED) program, administered by the City of Baltimore.

→ The development team has successfully obtained approval of a Master Plan and has negotiated increased zoning regulations for the site resulting in a higher density designation for the area which will now permit the development of up to 3.2 million square feet of development.

→ Acquisition for the first stage of Phase I, including rental and commercial sites on N. Schroeder Street, has now been completed by the City of Baltimore, and title transfer to Poppleton I will occur in approximately Q1 2012.

→ The project is located less than 1 mile from the Inner Harbor in Downtown Baltimore, and is immediately adjacent to the University of Maryland and the UMB Biotech Park, which is currently under construction.

→ Total development costs for all four phases of the project are projected at approximately $460 million, with total costs for Phase I of the project estimated at $136 million.

# EXECUTIVE SUMMARY

**Summary Overview**

In 2004 Poppleton I, LLC, through its umbrella corporation La Cité Development, was granted development rights and an Exclusive Negotiating Privilege and Right of Entry for 526 properties located in the Poppleton neighborhood of Baltimore. The properties were offered by Baltimore Housing and the Housing Authority of Baltimore City in their Poppleton Request for Qualifications, and in 2006 the group completed a Land Disposition and Development Agreement (LDDA) with the City for the development of the site. Having completed the Planned Unit Development (PUD) and Urban Design and Architectural Review Panel (UDARP) processes with the City of Baltimore, the development team has successfully negotiated increased zoning regulations for the site, resulting in a higher density designation for the area. The newly zoned Poppleton PUD will allow for the development of up to 1,800 units of residential housing throughout approximately 3.2 million square feet of development.

The overall project, hereto referred to as the *Park Square Development,* will be developed through the Limited Liability Corporation, Poppleton I, LLC to result in the creation of between 1,300 and 1,800 units of housing through four phases of construction. The unit mix will include approximately 465 units of rental housing and 1,300 units for residential home-ownership, including condominiums, lofts, and town homes. Additionally, the project will involve the creation of up to 150,000 square feet of commercial space to be located on the block between N. Schroeder and N. Amity Streets, extending from W. Baltimore to W. Lexington Street. The project will also involve the development of parking, municipal services, a charter school, and active and passive green space, including the complete redevelopment of a six-acre park located in the center of the project site. Housing units generated by the *Park Square Development* will consist of 20% work force housing and mixed-income housing ranging from 60-80% of AMI for the rental units and 80-100% of AMI for the homeownership units, with the remaining 80% being sold or rented at market rates.

**Opportunity**

Since being awarded development rights for the *Park Square Development* project, Poppleton I, LLC has negotiated a full Land Disposition Agreement for the properties, all of which are contained within 33 acres of West Baltimore next to a large bio-technical research and development complex being developed by the University of Maryland-Baltimore. The majority of the properties slated for redevelopment are currently owned by the City of Baltimore, with an estimated 100 lots still to be acquired through the City's process of Eminent Domain. The development team of Poppleton I, LLC, in partnership with City agencies and local community development agencies, will participate in the planning and



Perspective View of Park Square Development approved by Baltimore City's Urban Design and Architectural Review Panel (UDARP) in 2006



Park Square Development Master Plan including current plan for individual building types.

first block will consist of up to two buildings of mid-rise construction with a total of 6-10 stories.

The first subphase of the Poppleton project will begin to generate market recognition and demand within the neighborhood, establishing the *Park Square Development* as the new face of Poppleton. The ground floor retail will provide much-needed retail and commercial services to the neighborhood, and will include grocery stores, restaurants, retail shops, and neighborhood services. This first step of the project will build off of the growth of the UMB BioPark to the south, providing housing for the BioPark workers as these sites begin to come online and will create a solid foundation within the neighborhood upon which to build the later stages of Phase I and eventually the entire *Park Square* project.

The second subphase of Phase I of the Poppleton Project will be located on the block between W. Fayette and W. Fairmount Streets and will include an estimated 108 residential apartment units, 54,032 SF of commercial space, and all required residential and commercial parking per zoning requirements. It is anticipated that the second subphase will consist of a single building of mid to high-rise construction with a total of 6-10 stories. The ground floor retail will continue the growth of commercial and retail services in the neighborhood, providing additional food, shopping, and entertainment resources for the growing UMB community and the Poppleton neighborhood as a whole.

The third and final subphase of Phase I will be located on the block between W. Lexington and W. Saratoga Streets and will include an estimated 197 residential apartment units, a small commercial area to be determined, and all required residential and commercial parking per zoning requirements. It is anticipated that the third subphase will consist of up to two buildings of low to mid-rise construction with a total of 4-5 stories.

Construction for Phase I of the development will involve the removal of all existing structures by the City of Baltimore. The development will consist of all

design phases, construction, management, and sale or lease up of properties to be developed.

Phase I of the *Park Square Development* will involve the creation of a mixed use development consisting of approximately 465 units of rental housing, and up to 150,000 square feet of commercial space. The housing units generated by the *Park Square Development* will consist of 20% workforce or affordable housing, with the remaining 80% being sold or rented at market rates. Additionally, Poppleton I, LLC is in the process of finalizing terms for inclusion in a city-wide program to provide housing units for independent disabled adults through the City's Non-Elderly Disabled (NED) program.

The first subphase of Phase I will begin with a mid to high-rise complex located on the block between W. Lexington and W. Fayette Streets. The mixed-use structure will include an estimated 160 residential apartment units, 100,752 SF of commercial space, and all required residential and commercial parking per zoning requirements. It is anticipated that this

new, steel and brick, poured in place construction for the high rise structures, and concrete deck and wood joist construction for the mid- rise buildings. A small pre-Phase I rehabilitation project will precede the larger Phase I project, and is expected to commence in Q3 2011. This project will involve the rehabilitation of 15 to 30 buildings which will be used as relocation resources for Poppleton residents who may be temporarily relocated during the process of the *Park Square Development*.

Phase I of Poppleton I, LLC's activities in the Park Square project will also include the renovation of the Francis M. Woods High School located in the center of the *Park Square* site for the creation of a neighborhood charter school. The school will be acquired by Poppleton I, LLC to be leased to and operated by an established Baltimore charter school as a Kindergarten through eighth grade school. It will also host an after-school learning center that will function as a skills development program after the regular hours of the charter school. Both uses will have the end result of providing a superior educational environment within the neighborhood, thereby increasing property values and providing an additional incentive to young families relocating to the area.

Total development costs for Phase I of the *Park Square Development* are estimated at approximately $136 Million. This estimate have been derived from the compilation of data assembled through construction charrettes held by Poppleton I, LLC with many of the major national and regional contracting corporations to gauge interest levels as well as set cost estimates for participation in the redevelopment project.

Following a competitive bidding process, the international construction firm Skanska Inc. was selected as the general contractor for the project. Skanska's contract for the completion of the project will be governed by a Guaranteed Maximum Price contract with penalties in place for

any delays to the contract time, thereby preventing change orders, cost increases, and minimizing project delays. By mitigating these construction risks Poppleton I, LLC will ensure the successful completion of the project on time and on budget.

## Zoning

Following an amendment to the Urban Renewal Plan initiated by Poppleton I, LLC, zoning for the properties within the Poppleton PUD was increased to allow for both higher density development and greater heights. The majority of the properties within the site are now zoned for residential R-9 development. One of eight residential districts, R-9 is the highest density zoning designation, allowing for single-family and semi-detached housing at a density of 21.7 units per acre, and single family attached town houses and multi-family housing at a density of 58 units per acre. The Poppleton PUD now permits the development of up to 1,801 units of residential housing, and up to 3,181,755 square feet of buildable area. In addition to the increased density allowances, height allowances within the Poppleton PUD were increased to a maximum of 200 feet, allowing for construction of approximately 20 stories.

## Marketing Target

While 20% of residential units in the *Park Square Development* will be reserved for affordable and work force housing, the remaining 80% of the units will be sold or rented at market rates. The demo-





graphic group that will be targeted will principally consist of urban professionals from two of the growing employment sectors within the Baltimore area, the biotechnical and defense industries. Other targeted market segments will be graduate students and faculty from the nearby University of Maryland-Baltimore campus, and urban professionals from the Washington area, a group that has comprised a large portion of the growth that the Baltimore real estate market has seen in recent years.

Over the past five years, the City of Baltimore has become a major center for the biotechnical research industry, with two biotech parks currently under construction. The Science + Technology Park at Johns Hopkins, currently in development as part of the East Baltimore Development Initiative (EBDI), will be a 31 acre state-of-the-art biotechnology park which will work in a synergistic relationship with the Johns Hopkins Medical Institution. The park will provide traditional laboratory and office space, as well as built-to-suit options for biological research companies, small-scale manufacturing firms, pharmaceutical firms, and other businesses related to the biotech industry. Currently planned for 1.1 million square feet in five buildings, the Science + Technology Park at Johns Hopkins is part of EBDI's ambitious $1.8 billion, 88-acre, mixed-use development program in East Baltimore including housing and retail space, which is estimated to generate upwards of 8,000 new jobs.

On the west side of Baltimore, the University of Maryland's BioPark project sits immediately adjacent to the *Park Square Development* site. The 10-acre BioPark on the west side of the University of Maryland, Baltimore campus will consist of 1.2 million square feet of lab and office space in ten buildings plus two parking garages and several landscaped parks. The BioPark will house commercial bioscience research labs and marketing offices, UMB incubator labs and the School of Law's Intellectual Property Center. Approximately 6,000 jobs are expected to be generated by this project, many of them higher paying research and development positions.

The location of two major biotech parks within Baltimore City will have the result of creating a critical mass for biotechnical research in the region, drawing thousands of jobs within the immediate biotechnical research and development industry, as well as many more in associated servicing industries. While the East Baltimore Development Initiative includes housing adjacent to the Science + Technology Park the UMB BioPark has no associated housing, and the *Park Square* project will be a natural fit in providing much needed housing and services for the BioPark population.

In addition to the recent influx of population and revenue from the biotech industry, the Pentagon's military base realignment is estimated to bring an increase of roughly 28,000 households to the State of Maryland over the next decade. The State Department of Business and Economic Development forecasts that the base shuffling could result in more than 45,000 jobs for the state, many of them high-paying civilian military and defense contractor positions. Approximately 7,200 spin-off jobs generated to serve the new defense workers and their families are also expected, pouring hundreds of millions of dollars a year into local and state tax coffers. The majority of the workers are expected to settle in Harford, Anne Arundel, Cecil, and Baltimore City counties, with expectations that the urban density and 24 hour services of Baltimore City will be a particular draw for the defense industry.

A third sector of the real estate market which has targeted Baltimore City for homeownership in recent years includes house hunters from Washington and Virginia looking to escape the rapidly rising prices around the nation's capital. Even with the downturn in real estate markets over the last few years, the



area neighborhoods with the greatest price increases since 1999. In those three counties, price growth has also dramatically spread to Baltimore City. At less than one hour from DC and offering several modes of public transportation direct to the nation's capital, the area has become very attractive to commuters who are tired of the growing traffic problems and two hour drive times from suburban communities throughout Maryland and Virginia.

**Looking Ahead**

Located just one mile from the Inner Harbor, and within walking distance from the University of Maryland-Baltimore and the UMB BioPark, Poppleton has direct access to the major commercial, entertainment, and educational centers of Baltimore City. With the creation of the commercial corridor along Schroeder Street that will occur in Phase I of the *Park Square Development*, Poppleton will also begin to attract visitors as a destination spot for dining, entertainment, and retail shopping. In addition, the community is in close proximity to some of the most appreciating neighborhoods of Baltimore including Ridgely Heights, Barre Circle, and Mount Vernon. Historically, such proximity to affluent neighborhoods in Baltimore has led to a "ripple effect", with neighboring communities also experiencing an increase in property values.

median sales price in Washington during Q1 2011 was approximately $364,250, while the median sales price for a home in Baltimore City during the same period was $175,038. As prices have risen to astounding levels in the Washington, DC metropolitan area in recent years, more and more people have migrated to the Baltimore region where buyers can find substantial savings in the housing market. Though home prices in the Baltimore region are significantly lower than those in the Washington market, Baltimore's proximity to DC has driven a housing boom in the city and its five surrounding counties in recent years. The region's fastest appreciation occurred in Howard, Anne Arundel and Carroll counties, which border the traditional edge of Washington's reach. Though three-quarters of the Baltimore



Proposed plan of Red Line stations and (below) proximity of stations to the *Park Square Development* site.

In addition to the redevelopment of Poppleton and the renewal of quality housing stock in the area, the community will also see great benefits from the development of a new light rail line operating between Woodlawn to the west and the Johns Hopkins Bayview medical complex to the east. The Red Line will connect with the existing Baltimore Light Rail system, MARC stations, the Baltimore Metro subway and local bus routes to create a comprehensive regional transit network that is unprecedented in the Baltimore area. The current plan for the Red Line, which is expected to begin construction in 2013, includes two stops within the Poppleton neighborhood. The first will be one block to the west of the site at N. Carey Street and Mulberry, and the second will be two blocks to the east of *Park Square Development* on W. Saratoga at MLK Boulevard. The Red Line will not only provide immediate and efficient service to employment, education, healthcare, and entertainment opportunities throughout Baltimore, but with connections to the MARC train, will allow direct access to the main commuter line between Baltimore and Washington.

In addition to immense improvements in local transportation, the Poppleton I team is also dedicated to providing improved access to quality education to its residents. Phase I of Poppleton I, LLC's activities in the *Park Square* project will include the renovation of the Francis M. Woods High School, located directly in the center of the project within Greater Model Park.   By placing an esteemed local charter school

directly within the Poppleton community. Poppleton I, LLC will further increase the marketability of the area by increasing the available education options for neighborhood parents. With an innovative curriculum and commitment to the Southwest Baltimore community, the school will provide an excellent educational opportunity for Poppleton school children within the free public school system. With great location, easy access to transportation, and the availability of quality, new construction housing units at an affordable price point, Poppleton will be an attractive neighborhood for the local community, as well as buyers from the Baltimore and Washington regions.



The planned Red Line rail system will include two stops immediately adjacent to the Poppleton project.

# CORPORATE STRUCTURE

### Mission

La Cité Development, LLC, is a real estate develop-
ment corporation investing in strategic real estate
ventures throughout the eastern seaboard, as well
as specific markets elsewhere in the United States
and abroad.  The predominant focus of La Cité's in-
terests is on residential and mixed-use properties
spanning rehab and new construction, with invest-
ment primarily being placed within the residential
marketplace.  La Cité's partners use their experi-
ence and expertise to take advantage of various op-
portunities that present themselves within the hous-
ing and commercial development markets.

### Company Overview

La Cité Development was founded in 2001 by Dan
Bythewood, Jr., Dan Bythewood, Sr., Khephra Burns
and Susan Taylor.  Prior to forming La Cité Develop-
ment, the founders developed, managed and in-
vested in over $600 million worth of real estate
throughout Manhattan, Brooklyn, Bronx, South
Beach and Chicago with the valuation exceeding
$1.5 billion.  Their development activities were in
both the for-profit and non-profit sectors and in-
cluded commercial and residential properties for
companies such as the Ritz-Carlton, Flag Luxury
Properties and the New York Equity Fund.

With more than 25 years of development experi-
ence, the partners at La Cité Development have lev-
eraged their extensive network of strategic relation-
ships to put together a team of seasoned develop-
ment and construction professionals focused on de-
veloping and renovating properties in markets
throughout the United States and abroad.  The com-
pany's expertise in real estate investment, syndica-
tion and limited liability partnerships, coupled with
their extensive experience with public partnerships
and master planning for large-scale projects, makes
La Cité Development a formidable market player
within the development industry.  With a flexible cor-
porate infrastructure, La Cité will continue to evolve
as unique development opportunities present them-
selves.

### Philosophy

With a wide range of for-profit, non-profit and gov-



ernment agency partners, La Cité Development is
involved in both the renovation and ground-up con-
struction of quality, affordable housing throughout
the New York Metropolitan area, Baltimore and
Rhode Island.  La Cité's corporate philosophy em-
braces investment in neighborhoods and communi-
ties that have been largely overlooked or neglected
and promotes development projects that contain af-
fordable housing components in neighborhoods with
an identified need for revitalization and the creation
of modern housing stock and progressive infrastruc-
ture.

 On many projects, La Cité Development partners
with non-profit community development corpora-
tions, which act as liaison with the community in or-
der to facilitate a harmonious relationship between
residents and the developer, while aiming to achieve

a minimum displacement of community members. In addition, in partnership with such local CDCs, La Cité aims to improve the quality of life of community residents in areas under development by providing a variety of services, including health education, job-readiness training, job placement resources, financial planning and drug- and alcohol-abuse resources. Such a philosophy of community outreach is a fitting complement to La Cité's investment strategies, which involve investing in neighborhoods that are undervalued but in a current growth stage, where there is both great opportunity for appreciation of property values and potential for improvement in the housing stock and standard of living for the community.

Another area of community development in which La Cité Development involves itself is education. Through partnerships with, and fundraising for, local charter school programs, La Cité Development has been actively working to bring quality education alternatives to underserved neighborhoods. La Cité Development continues to seek out viable opportunities for facilitating the establishment of such programs in communities under development.

## Project Types

The predominant focus of La Cité's interests is on residential and mixed-use properties, from rehab to new construction, with investment primarily being placed within the residential marketplace. La Cité Development's portfolio of projects includes a balance of HUD and city or government disposed properties in developments that offer an affordability component and open-market acquisitions resulting in mid to high-end market-rate developments. In addition to residential projects, La Cité Development also participates in a limited number of commercial, luxury and special purpose projects, including hotel developments for prominent hotel chains and expansive golf complexes for public use.

## Project History

### Las Vegas — LOFT 5

Through a joint venture with ADG Development, La Cité developed LOFT 5, a 10 acre loft-condominium project just off Las Vegas Boulevard South and Pebble Road in downtown Las Vegas. The development consists of 272 luxury residences ranging from penthouse lofts with private sky decks to multilevel lofts with 20-foot ceilings and private terraces. Inspired by the elegant lines of minimalist design, LOFT 5 features a number of upscale amenities including centerpiece courtyards, serene gardens, recreation pools, hot tubs and open fire pits. Lifestyle centers with fitness facilities, a club lounge and state-of-the-art theater screening rooms, complemented by a professional concierge, complete the modern loft living experience. In total, Loft 5 consists of 272 condominium units built in a 10 acre park-like environment. Units in the development ranged from $300,000-1.1 million.

### Manhattan Scattered Site Development

La Cité Development, through its wholly owned subsidiaries, 110 West 127th Street, LLC, and 60 West 126th Street, LLC, has successfully developed two scattered-site projects in the Harlem neighborhood of Manhattan. These projects consisted of six sites which were awarded to La Cité Development by the New York City Department of Housing Preservation & Development in conjunction with the U.S. Depart-



The Ritz-Carlton in Miami South Beach developed by Flag Luxury Properties. The Ritz-Carlton South Beach had 376 luxury units totaling 450,000 square feet. Ritz-Carlton Spa, restaurant and conference space.

ment of Housing & Urban Development's 203K program. The sites were developed to create 6 four-story buildings which were sold as condominium units targeting the mid- to upper- end of the Harlem housing market.

Now fully completed, the units were marketed through HPD's lottery process, with 50% of all units being marketed to residents of Manhattan Community Boards 10 and 11, with additional units set aside for uniformed officers of the NY Police Department and other New York Municipal Employees. Both projects are now fully sold out, with condominium prices ranging from $415,000-800,000.

Flag Luxury Properties

La Cité Development is an equity partner and financial consultant for Flag Luxury Properties, LLC, a developer of luxury commercial and residential communities. Flag Luxury Properties has formed partnerships with such world-class entities as Ritz-Carlton Hotel Company, LLC, St. Regis Hotels & Resorts, Starwood Hotels & Resorts Worldwide, Inc., and Jack Nicklaus Design.

Among the projects developed by Flag Luxury Properties is the Ritz-Carlton, South Beach. The project involved the complete restoration of the original 1953 Morris Lapidus-designed hotel, the DiLido, in the city's historic Art Deco district. The Ritz-Carlton, South Beach, includes 376 luxury guest rooms, a 16,000 square-foot, four-star Ritz-Carlton Spa, two restaurants, including upscale dining and casually chic oceanfront lounge dining, an elevated outdoor pool and private daybeds overlooking the Atlantic Ocean, and elegant meeting and conference facilities totaling 20,000 square feet.

A second partnership with the Ritz-Carlton Hotel Company produced the Ritz-Carlton Golf Club & Spa in Jupiter, Florida, an exclusive 300-acre residential community, which includes 60 fractional ownership homes, 30 estate residences and 44 residences. The development is a collaboration between Ritz-Carlton and Golden Bear, Inc., and includes an 18-hole Jack Nicklaus signature golf course, 68,000 square-foot clubhouse, 15,000-square-foot Ritz-Carlton Spa, clubhouse concierge and two restaurants.



# MANAGEMENT TEAM

**Daniel Bythewood, Jr.**

**President, La Cité Development, LLC**

Mr. Bythewood is President and Managing Partner of La Cité Development, LLC a privately held real estate development firm specializing in residential and mixed-use properties spanning from rehab to new construction, with investment primarily being placed within the residential marketplace. Mr. Bythewood has an extensive knowledge of the real estate market and has fully structured and negotiated real estate ventures from initial concepts through building, renovation, lease up and completion.



From left to right, La Cité Partners Dan Bythewood, Sr., Sean Taylor, Demetrius Anderson, Dan Bythewood, Jr., with then-Mayor Martin O'Malley and Baltimore Housing Commissioner Paul Graziano.

Prior to the founding of La Cité Development, Dan Bythewood was an acquisitions manager at New York Equity Fund, a division of the National Equity Fund, the largest syndicator of tax credits. While at the New York Equity Fund, Mr. Bythewood managed the construction and ultimately administration of large development and disposition programs within the City of New York such as the Neighborhood Redevelopment Program (NRP), Neighborhood Entrepreneurs Program (NEP), and the Neighborhood Homes Program (NHP). While at the New York Equity Fund, Dan Bythewood was in charge of in excess of a billion dollar portfolio of projects, and personally developed and invested $150 million dollars in net equity. The multi-faceted nature of the tax credit portfolio allowed Mr. Bythewood to fully understand co-ownership ventures and to establish superb banking relationships with traditional and non-traditional lenders, tax credit allocating agencies, city governments and joint venture partners.

A seasoned entrepreneur both in the United States and abroad, including Europe, the Middle East, and Ghana, Africa, Dan Bythewood is a series 6 registered and licensed representative with the NASD. Mr. Bythewood earned his BA from Adelphi University.

**Daniel W. Bythewood, Sr.**

**Chief Executive Officer, La Cité Development, LLC**

Serving as La Cité's Chief Executive Officer, Dan Bythewood, Sr. is also a real estate investor and Managing Partner in Neptune Capital LLC, a Limited Liability Company that invests in emerging new economies. He is an investor and Partner in Flag Luxury Properties LLC, a real estate development company that is responsible for constructing high-end properties for Ritz Carlton and the Marriott Group in the United States. Among Flag Luxury Properties' signatures developments is the Miami South Beach Ritz-Carlton, a 375-room hotel and spa with banquet facilities, specialty restaurants and luxury retail stores, which opened in 2002. Also developed by Flag Luxury is the Ritz-Carlton Club in Jupiter, Florida, an exclusive residential community developed in collaboration with Golden Bear, Inc. that features an 18-hole Jack Nicklaus signature golf course. Dan Bythewood, Sr. played an integral part in raising equity investment for these projects.

In addition to his real estate investments, Dan Bythewood, Sr. owned and operated Jet Routes Unlimited, a private jet charter service with contracts with ABC Sports and the Jim Henson Company. The company was sold in the early eighties, and Dan Bythewood, Sr. served as its President and Chief Operating Officer.

# PROFESSIONAL PARTNERS

**Local Counsel**

**Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC**

The law firm of Gordon, Feinblatt, Rothman, Hoffberger & Hollander is one of Maryland's largest full-service law firms. With over 80 attorneys practicing in all areas of real estate law, the firm represents developers, owners, and investors in structuring, planning, and implementing transactions that involve buying, selling, developing, leasing, and constructing all types of real estate projects. Through years of cumulative experience, the firm's real estate attorneys have a sophisticated proficiency in handling a variety of real estate matters, including acquisition, disposition, zoning, and other governmental approvals, site and easement acquisitions, reciprocal operation agreements, leasing arrangements, project financings, condominium and homeowners association documentation, design and construction contracts, and resolution of real estate disputes.

Gordon Feinblatt also represents both tenants and landlords in leasing arrangements for shopping centers, office space, warehouses, flex space, and other projects.

Gordon Feinblatt's Real Estate Group is experienced in all aspects of project financing, including acquisition, development, construction, and permanent loans (both public and private). Clients include not only real estate developers and investors, but also local and national commercial lenders, as well as condominium and homeowner's associations.

The Gordon Feinblatt's team of attorneys is highly experienced in local real estate related tax matters from property tax evaluations to agricultural use treatment, as well as negotiation of tax abatements to benefit industrial development and urban redevelopment.

**Project Counsel**

**Ballard Spahr, LLP**



The law firm of Ballard Spahr LLP is a national firm with more than 475 attorneys in 12 offices, providing counsel in Litigation, Business and Finance, Real Estate, Intellectual Property, and Public Finance. Attorneys in Ballard Spahr's national real estate practice advise clients in acquisition, financing, leasing, sale, and restructuring transactions. The practice is exceptionally



Artist's depiction of the light screens making the location of the Twin Towers at the National 9/11 Memorial in Lower Manhattan.

diversified, represents clients nationwide, and offers fully integrated legal services.

Ballard Spahr's real estate attorneys are extremely experienced in all areas of real estate law, including acquisition and equity participations, commercial leasing, development, and finance, condominiums and planned communities, mixed-use development, including office, retail, hotel and parking facilities, and office condominiums, multifamily housing development and financing (including FHA, Freddie Mac, Fannie Mae, and GNMA programs), public/private ventures, and real estate taxation, including appeals and exemptions.

With more than 70 attorneys, Ballard Spahr's housing practice is one of the largest in the country, providing innovative and practical advice in the development and financing of housing and community development projects. The firm works with housing authorities nationwide, advising on the demolition, disposition, and development of public housing projects. Ballard Spahr's work includes implementing HOPE VI projects, obtaining HUD regulatory waivers, structuring and closing transactions involving capital fund bonds, and private financings using various tax credits.

Ballard Spahr has closed numerous affordable housing projects, including mixed-income units, mixed-use developments, and sustainable-energy improve-

ments. Its attorneys assist clients in innovative transactions combining public housing redevelopment with energy improvements, continuing care facilities, school construction, and transit-oriented development.

## Architects

### Davis Brody Bond Aedas

Davis Brody Bond Aedas, LLP is one of the world's leading architectural design practices. The firm's work brings strong, successful designs to complex building types and planning projects, such as universities, libraries, research laboratories, offices and industrial buildings, health care facilities, housing complexes, and cultural and performing arts centers. Based in New York City, and with affiliations around the world, DBB's staff of approximately one-hundred architects, planners and interior designers has provided services to clients in 24 states and 15 countries. The firm has been honored by more than 100 major design awards including the American Institute of Architects Firm Award, the highest honor given to an architectural practice, as well as the 2000 Presidential Design Award for Excellence.

Davis Brody Bond Aedas recently expanded its boundaries by becoming a member of the Aedas group. Aedas, a global architectural practice of 2,100 staff working in 32 offices across six regions on four continents, has a major presence in the United Kingdom, Asia and the Middle East. Through the exchange of ideas, staff and resources throughout the group, the firm has expanded and strengthened its services to existing clients and practice areas, as well as broadened its geographic reach to both developed and emerging markets.

The terrorist attacks of September 11, 2001 left an enormous void in Lower Manhattan. To honor those who were killed on September 11th, as well as in the attacks on February 26, 1993, the Lower Manhattan Development Corporation (LMDC) held a competition to design a memorial at the site of the World



Trade Center. In January 2004 the jury selected the scheme Reflecting Absence by architect Michael Arad and landscape architect Peter Walker. Recognizing the complexity of the undertaking, and the need to coordinate the Memorial with several parallel projects (the PATH Terminal, Freedom Tower and cultural facilities), the LMDC held another competitive process to engage an Associate Architect to work with the competition team. Davis Brody Bond was selected as the Associate Architect in April 2004.

The design and construction of the World Trade Center Site Memorial will be one of the most significant undertakings in the history of New York City, and will be the focal point for the revitalization of Lower Manhattan.  This project, which involves significant public interest and a myriad of local, city, and state agencies, epitomizes Davis Brody Bond's ability to coordinate, plan, and design enormously complicated projects.  In addition to the Memorial Site, DBB is currently involved in the design and planning of the WTC Public Spaces Master Plan and the WTC Memorial Museum.

**General Contractor**

**Skanska, Inc.**

Skanska is one of the world's leading construction groups with expertise in construction, development of commercial and residential projects and public-private partnerships.  A Fortune 500 company and a member of the UN Global Compact, Skanska is one of the world's ten largest construction companies and brings over 120 years of experience in all aspects of the construction process.

Skanska's experience in construction operations comprises all types of the build environment. Their expertise ranges from complex build projects including skyscrapers and bridges, to mid-sized projects ranging from residential, commercial, mixed-use, municipal, or institutional buildings, to small projects such as private homes.

Throughout every step of the development process, Skanska works in close relationships with its clients to create sustainable projects that are profitable to build, operate and maintain.  Its world-class expertise includes the implementation of green building design and construction processes, which place a premium on energy conservation and carbon reduction to deliver lower operating costs over the life of the property.

Skanska's participation in the *Park Square Development* Project will be administered under a Guaranteed Maximum price contract, ensuring that construction prices will not escalate during the course of the contract.  Open Book contract provides for transparency of costs and expenses.  The construction contract will additionally impose penalties for delays or time overruns, ensuring that the project will not only be brought in on budget, but on time.

**Engineering Contractor**

**Century Engineering**

Century Engineering is a full-service consulting, planning, engineering, surveying and inspection firm. Offering professional services in transportation, mechanical, electrical, structural, land development, geo-technical, and environmental engineering fields



Century Engineering's headquarters in Hunt Valley, MD. The firm provided mechanical, electrical, survey, civil, geotechnical and structural engineering services which was the first privately owned LEED Gold Certified facility in Baltimore.

throughout the mid-Atlantic region, Century delivers diversified services to the public and private sector. Employing over 300 professionals and support personnel, Century specializes in transportation and infrastructure planning and design, a host of commercial, industrial, residential, retail and governmental projects, and shipyard and marine facilities.

Founded in 1974, Century Engineering Inc. was initially focused on infrastructure improvements such as highways, bridges, transit and port facilities and completed work on many of the Maryland's major interstate projects as well as heavy and light rail through the '70's and '80's. Century grew to add mechanical and electrical expertise in 1985 by ac-

quiring the consulting design firm of Miller, Schuetzholz and Associates, Inc. Today, Century Engineering, Inc. is divided into several major disciplines: a civil division, including qualified land development construction services including surveys, inspection and testing, and environmental sectors, a structural division including marine and waterfront facilities and geotechnical services, and a mechanical/electrical division and a highway/bridge division.



Century Engineering provided structural, mechanical and electrical engineering services ... engineering of the naval passenger and cruise ship in Baltimore.

# SITE PHOTOS



Inner Harbor

Ballparks

UMB Biopark          B&O Railroad Museum





An image of Poppleton, looking south along N. Schroeder from Lexington Street. The eastern edge of N. Schroeder will comprise the retail component of the project, and will contain the majority of the project's retail units.



An image of the place, looking west along W. Saratoga and Mulberry Streets, a few blocks west from Poppleton. In the Poppleton Square development project.

# MAPS



**Building Key:**

C - Mid/High-Rise Condominium Bldg
TH - Town Home
R - Mid/High-Rise Rental Bldg
CM - Ground-floor Commercial Space



Poppleton I, LLC — Project Overview
2:

# CONTACT

For more information about the offering contained
within this proposal, please contact our offices.

**Poppleton I, LLC**

c/o La Cité Development, LLC

237 West 35th Street, 4th Floor

New York, NY 10001

T: (212) 616-6811

F: (212) 201-1171


**Daniel Bythewood, Jr., President**

dbythewood@lacitedevelopment.com


**Daniel Bythewood, Sr., Chief Executive Officer**

db@lacitedevelopment.com


**Justine Linnehan, Director of Development**

jlinnehan@lacitedevelopment.com