**From:** Zoller, Danielle S. [mailto:dzoller@gfrlaw.com]
**Sent:** Friday, September 09, 2011 4:41 PM
**To:** Cason, Alan C.
**Cc:** Dan Bythewood; Daniel Bythewood
**Subject:** Poppleton TIF

Alan, Thanks for your call last week. My client asked me to follow up with an email to ask about the status of the LOI. As we understand things, the City has not gotten back to you with respect to our last revisions to the LOI, which were sent to you on July 25. Is this still the case?

My client has heard through other sources that the City is sitting on this until after the election. As I've mentioned previously, the TIF is essential to the Developer's funding for Phase 1 and continued delays on the City's part could be detrimental to the project. The LDDA requires the City to support the TIF, so we would expect the City to get back to you in a timely manner so that we can move forward.

I'll note that I did reach out to our contact in Housing after speaking to you last week, but we have not heard back from Housing with respect to this matter.

Danielle Stager Zoller, Esq.

**GORDON·FEINBLATT**

Gordon, Feinblatt, Rothman,
   Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
Phone: 410-576-4036
Fax: 410-576-4182
Email: dzoller@gfrlaw.com
www.gfrlaw.com

---

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

Circular 230 Disclosure: Treasury Department Regulations require us to notify you that any federal tax advice contained in this communication (including any attachments unless otherwise expressly stated) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

Exhibit 29 to Verified Complaint