From: Brie Bythewood [mailto:bbythewood@lacitedevelopment.com]
Sent: Wednesday, February 20, 2008 12:44 PM
To: Hitchcock, Claude Edward
Subject: Baltimore site walk through


Ed,


Attached are a few photos from the Gompers walkthrough. Justine has burned the rest to disk and will be placing them in the mail for you.


Dan asked that I express to you our experiences on the tour of the rehab properties the other day and some of my security concerns regarding the Poppleton project. I must admit, ignorance is bliss because I felt very safe walking through the streets snapping photos of the properties. It wasn't until a police cruiser pulled up and asked the group of us what we were doing in the area, advising us that we should spend as little time as possible in the neighborhood and should plan to leave before nightfall. We were approached by two separate police cruisers, one of which checked up on us throughout our walk-through from street to street after informing us that we were the perfect targets for crime in such a dangerous part of town. To quote him, "there's a reason 'The Wire' is filmed here."


Despite hearing the possible dangers of the neighborhood, our tour was a very productive one. We began on the southeastern portion of the site with the properties on W Fayette and W Lexington Street, and while we noticed many questionable characters, there was also a mix of families and some friendly yet visibly troubled neighborhood residents. At this point, our comfort level hadn't been terribly shaken. But one source of concern that we all shared were the dogs being bred for fighting, as we were informed by locals, inside of 1052 West Fayette Street. We not only heard the dogs, but saw them. It poses a threat to the local residents as well as to the demolition and construction crew who will be faced with these attack dogs if they are not removed from the site.


By the end of the day we had moved towards the northern and northwestern side of the project site and were looking at the properties on N Carey Street, W Saratoga Street, and W Mulberry. The character of the neighborhood certainly changed over there and I think that all of us began to feel a sense of urgency to get in and out in a hurry. This is the area we felt the least comfortable and definitely more vulnerable and concerned for our safety. There were a lot of people milling around on the streets and, while I can't say that any of us saw any explicit criminal activity, we saw a lot of behavior that one might associate with either drug trafficking or plotting of a street crime. At about three or four o'clock, one of the police officers returned to check on us a final time before going off duty. The officer proceeded to warn us once more that we should get out of the area as quickly as

Exhibit 30 to
Verified Complaint

we could, certainly before the sun went down.  He pointed down the block on N Carey Street to show us what he said was "the busiest and most dangerous heroine corner in the city; home to the biggest drug gangs" and said that we were the best targets he'd seen all day and no one would hesitate to pull a gun on us for cash, cell phones, cameras, etc, and that shootings were a very regular occurrence on that block.  We asked the officer if he'd be willing to stick around to be our security escort until we completed our business, but he did not hesitate in his response to tell us that he doesn't stay a moment longer than he has to in that part of town, it's too dangerous even for him. Again, he asked us to please leave, for our own safety.

I think that we all felt extremely uncomfortable in that area of the project site, even during daylight hours, and we will definitely need to improve safety and security measures before we can expect to rebuild properties in the neighborhood, and certainly before moving new residents in.  Having experienced my share of safety and security concerns on construction sites in unsecured neighborhoods, including constant break-ins and looting of construction materials and property, I know that we certainly can not begin construction on any of these properties until the sites have been secured and the criminal element moved out.  To expect that residents would be willing to be relocated into some of the areas within the project site that we're planning to rehab without increased police and security measures would be a huge miscalculation.  At this point, without assistance from the city for increased police presence and demolition and securing of the blighted properties that harbor much of the drug and criminal activity, it would be a huge risk to put these properties under construction, not to mention to complete the buildings and attempt to market them for housing.

In the coming weeks I think that we'd like to try to set up another meeting with the Baltimore Police Department to discuss how we might be able to increase security at the project site.  We'd also like to speak with the City to discuss security strategies as well as a phasing plan for the properties in order to demo and move out as much of the dangerous elements as possible as we approach our construction phase.  We also need to think about scheduling for the rehab properties in order to avoid relocating residents into the more dangerous parts of the project before they've been fully secured.  Please give Dan or I a call to discuss as needed, and we'll give some thought to scheduling for some of these meetings.

Thanks,

Brie

~~~~~~~~~~~~~~~~~~

Brie Bythewood
La Cité Development, LLC

Phone: 212-616-6811

Fax: 212-201-1171

www.LaCiteDevelopment.com <http://www.LaCiteDevelopment.com>