**From:** Hitchcock, Claude Edward [mailto:CHITCHCOCK@gfrlaw.com]
**Sent:** Thursday, March 13, 2008 9:13 AM
**To:** Smith, Alastair (City of Baltimore)
**Cc:** Dan Bythewood
**Subject:** FW: Baltimore site walk through

This is the e-mail sent to the Commissioner

---

**From:** Hitchcock, Claude Edward
**Sent:** Thursday, February 21, 2008 11:43 AM
**To:** 'Graziano, Paul, "HCD Commissioner/HABC Executive Director"'
**Cc:** 'Smith, Alastair'; 'Dan Bythewood'; 'Frank, Andrew'
**Subject:** FW: Baltimore site walk through

Commissioner,
You will find the below e-mail from Ms. Bythewood of interest. As I mentioned to Andy, it underscores the need to view the Poppleton Project as a whole when considering the matter of acquisitions even though it will be phased from a construction perspective. We must take steps to identify funds to acquire all of the properties within the footprint in order to stabilize the entire parcel. This will send the needed message to the prospective new homeowners as well as to those citizens who will remain that their investments in their homes will be safe, will appreciate, and that they will be will be joined by other home owners not only because of the new construction but because the City is committed to do what is necessary to aggressively deal with the criminals that that plague the streets and green spaces thus posing the threat that they do. From a future marketing perspective, little, if anything, is more important!

---

**From:** Frank, Andrew [mailto:Andrew.Frank@baltimorecity.gov]
**Sent:** Wednesday, February 20, 2008 6:17 PM
**To:** Hitchcock, Claude Edward
**Cc:** dbythewood@lacitedevelopment.com
**Subject:** Re: Baltimore site walk through

Ed,

Please share these types of e-mails and sentiments with Commissioner Graziano and his team. They are managing the project. I am providing support.

Andy
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Hitchcock, Claude Edward <CHITCHCOCK@gfrlaw.com>
To: Frank, Andrew
Cc: dbythewood@lacitedevelopment.com <dbythewood@lacitedevelopment.com>

Exhibit 31 to
Verified Complaint

Sent: Wed Feb 20 16:11:48 2008
Subject: FW: Baltimore site walk through

The below e-mail underscores the urgency of getting the Poppleton Project in the ground: the importance of purchasing the required land and getting some handle on the criminals. It is inconceivable to me that new home owners will flock to the new homes in phase I if the criminals are running wild in the subsequent phases. Andy I know that you understand that this is the reason that the project, while phases, must be attacked as if it will be built as a single phase. Hence when plans are being made to acquire, this reality must be kept in mind to the extent practicable.

---

From: Brie Bythewood [mailto:bbythewood@lacitedevelopment.com]
Sent: Wednesday, February 20, 2008 12:44 PM
To: Hitchcock, Claude Edward
Subject: Baltimore site walk through

Ed,

Attached are a few photos from the Gompers walkthrough. Justine has burned the rest to disk and will be placing them in the mail for you.

Dan asked that I express to you our experiences on the tour of the rehab properties the other day and some of my security concerns regarding the Poppleton project. I must admit, ignorance is bliss because I felt very safe walking through the streets snapping photos of the properties. It wasn't until a police cruiser pulled up and asked the group of us what we were doing in the area, advising us that we should spend as little time as possible in the neighborhood and should plan to leave before nightfall. We were approached by two separate police cruisers, one of which checked up on us throughout our walk-through from street to street after informing us that we were the perfect targets for crime in such a dangerous part of town. To quote him, "there's a reason 'The Wire' is filmed here."

Despite hearing the possible dangers of the neighborhood, our tour was a very productive one. We began on the southeastern portion of the site with the properties on W Fayette and W Lexington Street, and while we noticed many questionable characters, there was also a mix of families and some friendly yet visibly troubled neighborhood residents. At this point, our comfort level hadn't been terribly shaken. But one source of concern that we all shared were the dogs being bred for fighting, as we were informed by locals, inside of 1052 West Fayette Street. We not only heard the dogs, but saw them. It poses a threat to the local residents as well as to the demolition and construction crew who will be faced with these attack dogs if they are not removed from the site.

By the end of the day we had moved towards the northern and northwestern side of the project site and were looking at the properties on N Carey Street, W Saratoga Street, and W Mulberry. The character of the neighborhood certainly changed over there and I think that all of us began to feel a sense of urgency to get in and out in a hurry. This is the area we felt the least comfortable and definitely more vulnerable and concerned for our safety. There were a lot of people milling around on the streets and, while I can't say that any of us saw any explicit criminal activity, we saw a lot of behavior that one might associate with either drug trafficking or plotting of a street crime. At about three or four o'clock, one of the police officers returned to check on us a final time before going off duty. The officer proceeded to warn us once more that we should get out of the area as quickly as