**From:** Smith, Alastair [mailto:Alastair.Smith@baltimorecity.gov]
**Sent:** Tuesday, November 30, 2010 11:26 AM
**To:** Dan Bythewood; Justine Linnehan; Shaab, Jane (Baltimore City); Darin Hall
**Cc:** Flickinger, Brenton (Baltimore City); Feinberg, Laurie (Baltimore City); Porter, Michelle; Engel, Peter F."Asst. Commissioner, Project Finance & Development"
**Subject:** Poppleton Public Safety Meeting

In response to a recent homicide in Poppleton, Hampstead Development Group requested a meeting with the Baltimore Police Department to discuss safety concerns in Poppleton. We have scheduled a meeting with the Police Department and the Mayor's Office on Wednesday, January 26th at 10 am at City Hall. Your participation in this meeting would be welcome to identify strategies to enhance public safety as the revitalization of Poppleton continues.

Please let me know if you will be able to attend, and if there are others you can think of whose participation would be helpful.

Thanks!

Alastair Smith
Senior Development Manager
Baltimore Housing
417 E. Fayette Street, Suite 301
Baltimore, MD 21202
(410) 361-9014

Exhibit 32 to Verified Complaint