**Charles S. Fax**

| | |
|---|---|
| **From:** | Justine Linnehan <jlinnehan@lacitedevelopment.com> |
| **Sent:** | Wednesday, June 20, 2012 8:59 AM |
| **To:** | Charles S. Fax; Scott A. Livingston |
| **Cc:** | Liesel Schopler; Ernest Liberati |
| **Subject:** | FW: Re: 326 North Schroeder of Baltimore Maryland |

Please see email below from Anthony Williams, owner and resident of 326 N. Schroeder Street in Baltimore. Mr. Williams lives directly opposite Block 157 and is witness to the security concerns that have been raised in relation to that block and the Poppleton neighborhood as a whole.

-------- Original message --------
Subject:Re: 326 North Schroeder of Baltimore Maryland
From:Anthony Williams <coach.anthony@hotmail.com>
To:Dan Bythewood <dbythewood@lacitedevelopment.com>
Cc:

I still have not been made an offer or been contacted formally about relocating from my house at 326 North Schroeder Street of Baltimore. I am constantly calling Mr. Alister Smith for answers, but he has yet to give me any. This situation does not seem to be possible because my house is one of two homes that are still standing on my block. The other home that is attached to my row house is not occupied and has not been occupied for quite some time. As with a lot of delapadated areas on the city, homeless people tend to take over these properties and camp out in them. This is a major problem that I am having the vacant house next door to me. I am afraid that they will set it on fire from smoking cigarettes and drugs, which would cause my home to burn down. The life of my uncle, my cousin, and mine is in jeopardy as long as this traffic persists. The police have been involved in several incidents, but we have called so much that they take their time and sometimes they do not respond. There is also a huge amount of drug traffic that occurs in the Poe Homes that travels through our now naked block and attempt to find refuge on my front while making their drug transaction. They are bold enough to sit on my steps and use the drugs in the open. While I am at work these addicts attempt to take advantage of my uncle who is 72 years old. They have manipulated him at times to come into my house and do their dirt. This is a frustrating situation that I am constantly battling. I had to have my cousin move in with me for the last two years to keep an eye on the houses(mine and next door) while I am at work. I have been willing to relocate since I heard of the project and I do not understand the hold up, so now that I am the last man standing I am absorbing all of the neighborhood's problems that have been left behind.

Sent from my iPad

On Jun 19, 2012, at 11:46 AM, "Dan Bythewood" <dbythewood@lacitedevelopment.com> wrote:

> Hey Anthony,
>
> I wanted to let you know I did not see your email as of yet.  If you sent it to me already, can you please resend it because I never received it.
>
> Thanks,
> Dan

1

Exhibit 33 to
Verified Complaint

**From:** Anthony Williams [mailto:coach.anthony@hotmail.com]
**Sent:** Friday, January 27, 2012 4:24 PM
**To:** Dan Bythewood
**Subject:** 326 North Schroeder of Baltimore Maryland

Mr. Bythewood;

    I am the owner and resident of the 326 North Schroeder Street of Baltimore Maryand. My house is involved in the Phase Four of the rehabilitation project that is headed by your company. Presently I am the only resident on the entire block. I am willing to sell my proper directly to you because the city is dragging their feet for an offer. I have been in contact with Alister Smith of the department of housing for over two years now; and nothing has come of it. Everything is being demolished near me and it is clear that I am in the way. I have no problem with getting out of your way for a reasonable offer. This is a situation that I would love to expedite. Please contact me at your convenience. Tha;nk you.

Anthony Williams
326 North Schroeder Street
Baltimore, Maryland 21223
(410) 710-4673

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1416 / Virus Database: 2109/4770 - Release Date: 01/27/12