AGENDA

**BOARD OF ESTIMATES**                                           04/06/2011

Department of Housing and    - Amendment to Land Disposition
  Community Development         Agreement

**ACTION REQUESTED OF B/E:**

The Board is requested to approve an amendment to a land disposition agreement (LDA) with 1125 N. Patterson Park Avenue, LLC, Developer, for the property known as 1125 N. Patterson Park Avenue, Block 1554, Lot 013.

The Board is also requested to approve the addition of language that allows the Commissioner to execute any and all the documents to effectuate this transaction and approved amendments that do not materially alter the relationship of the parties or principle elements of the project subject to review and approval for form and legal sufficiency by the Department of Law.

**AMOUNT OF MONEY AND SOURCE:**

N/A

**BACKGROUND/EXPLANATION:**

On April 21, 2010, the Board approved the LDA for Dayspring Square. Unfavorable market conditions and other causes beyond the control of the developer made it impossible to complete the financing and begin construction as anticipated when the City and the Developer entered into the original LDA.

The Developer has now restructured the financing and anticipates closing on the property no later than April 15, 2011 and needs certain extensions in order to complete the new financing and to begin construction. These extensions will require that the LDA be amended as follows:

1. the commencement of construction to May 20, 2011,

2. the completion of construction to October 2013 (30 months from the date of conveyance,

3. addition of Import VI CDE 8 LLC, as the first lender with contact information.

(The amendment to land disposition agreement has been approved by the Law Department as to form and legal sufficiency.)

43

Exhibit 34 to Verified Complaint