AGENDA

**BOARD OF ESTIMATES**                                  12/21/2011

Department Housing and - <u>Amendment No. 1 to Agreement</u>
 Community Development

**ACTION REQUESTED OF B/E:**

The Board is requested to approve and authorize execution of amendment no. 1 to agreement with Healthy Neighborhoods, Inc. The amendment no. 1 extends the period of the agreement through December 31, 2012.

**AMOUNT OF MONEY AND SOURCE:**

No additional funds

$80,000.00 – 9910-916037-9588-900000-706047

(existing funds from Healthy Neighborhoods FY'10 GO Bonds)

**BACKGROUND/EXPLANATION:**

On September 29, 2010, the Board approved the grant agreement in the amount of $750,000.00. The agreement provided $80,000.00 to spur investment on selected blocks in Reservoir Hill. All funds were required to be expended by December 31, 2011. Because of market conditions, Healthy Neighborhoods has requested a 12-month extension to spend the funds targeted to Reservoir Hill. All other funds have been expended in accordance with the terms of the Grant Agreement.

**APPROVED FOR FUNDS BY FINANCE**

**AUDITS NOTED THE TIME EXTENSION.**

(The amendment no. 1 to agreement has been approved by the Law Department as to form and legal sufficiency.)

Exhibit 35 to Verified Complaint