AGENDA
**BOARD OF ESTIMATES**                                              03/14/2012

Department of Housing and         – <u>Supplemental HOME Loan</u>
  Community Development (DHCD)

**<u>ACTION REQUESTED OF B/E:</u>**

The Board is requested to approve a supplemental HOME Investment Partnership Program loan to Coppin Heights CDC (CHCDC). The Board is further requested to authorize the Commissioner of the Department of Housing and Community Development to execute any and all documents to effectuate this transaction SUBJECT to review and approval for form and legal sufficiency by the Department of Law.

**<u>AMOUNT OF MONEY AND SOURCE:</u>**

$90,000.00 – 9910-905094-9610

**<u>BACKGROUND/EXPLANATION:</u>**

On February 7, 2011, the Board approved a HOME Investment Partnerships Program loan to the CHCDC in the amount of $120,000.00 (the original loan). The CHCDC is a non-profit organization established on February 2, 1995 to assist in the revitalization of the community. The proceeds of the original HOME loan were used to assist the CHCDC with a portion of the construction costs of the Coppin Heights Homeownership project, which consisted of three units: 1) 2777 W. North Avenue, 2) 2779 W. North Avenue, and 3) 2781 W. North Avenue. The project incorporates energy efficient appliances, granite counter tops, and front and rear porches on each 1,300 square foot townhome. All three units are being sold to first-time homebuyers at or below 80% of the Area Median Income. The townhouses were originally to be sold at a price range of $125,000.00 – $130,000.00. The proceeds of the original HOME loan were used to support a portion of the hard construction costs and are secured by a second lien during the construction period.

Exhibit 37 to Verified Complaint

AGENDA

**BOARD OF ESTIMATES**                                                                 **03/14/2012**

<u>DHCD</u> – cont'd

Appraisals were prepared by Paul Lee and Associates indicating an "as completed" value of:

    $130,000.00 for 2777 W. North Avenue,
    $135,000.00 for 2779 W. North Avenue, and
    $140,000.00 for 2781 W. North Avenue,

As a result of the appraisal, the sales prices were set at the appraised value.

Due to the current financial conditions, the housing market has been substantially depressed; the CHCDC is seeking the supplemental funding to provide a homebuyer subsidy to further write-down the purchase price of the three for-sale townhomes to an affordable price within the CHCDC market area. The new prices for 2777 W. North Avenue, 2779 W. North Avenue, and 2781 W. North Avenue will be sold for $105,000.00 each.

<u>Participating Parties:</u>

A. <u>Developer</u> – Coppin Heights CDC

B. <u>General Contractor/Architect</u>

   Harris Kupfer Architects, Architect
    The Michael's Group, General Contractor
    The general contractor has posted a 100% Payment and Performance Bond.

C. <u>Participating Lenders</u>

   Coppin Heights CDC Equity (revolving construction loan) – Construction 1st Lien Position

   The developer is contributing cash and HUD grant funds during the construction period as required to cover hard and soft costs of the project; terms and conditions of disbursement will be defined in the HOME loan security instruments and project draw schedule. A Housing and Urban Development Historically Black Colleges and Universities grant has already been disbursed.  The CHCDC has established a revolving loan fund, funded by its own equity, in the amount of $300,000.00 to construct the project (construction lender). The Borrower has borrowed funds from the revolving loan fund to construct

AGENDA

**BOARD OF ESTIMATES**                                                03/14/2012

DHCD – cont'd

    each house and will pay back such loan upon the sale of each unit from the proceeds of the sale. Due to the current depressed housing market conditions, the proposed purchase prices consistent with the current market would not generate enough funds to repay the CHCDC's revolving loan fund. Therefore, the CHCDC has asked the Department for a supplemental loan in the amount of $90,000.00 to assist each homebuyer and to write-down the purchase price.

    <u>Baltimore City HOME Loan</u> – Construction 2nd Lien Position

    The Supplemental HOME Loan will have the same construction period as the original HOME Loan and an interest rate of 0% per annum on sums advanced. As the units are sold to qualified buyers (Buyer), each Buyer will assume a portion of the obligations of the original HOME Loan (the Buyer's Share) and the Borrower will be released from a pro rata portion of the original HOME Loan and Supplemental Loan. The Buyer's Share will be evidenced by a promissory note and other security instruments and structured as a deferred loan. If each Buyer complies with all applicable terms and covenants of the loan documents for a 15-year period of affordability, the payment of the outstanding principal will be forgiven. In the event a conveyance occurs during the period of affordability, such Buyer will repay the Department all or a portion of its loan out of net proceeds. The Supplemental HOME Loan will be non-recourse debt.

    The Department will continue to be entitled to a 50% share of any and all excess sales proceeds after the developer (i) earns no more than 10% in profit and overhead based on a cost certification, and (ii) is reimbursed for documented predevelopment overhead on the project for such items, in such amounts and for such periods as approved by the Department.

49