

**BB&T Capital Markets**

Project Finance Group
777 Terrace Avenue, Suite 601
Hasbrouck Heights, NJ 07604
(201) 462-0338

November 21, 2011

Dan Bythewood
La Cite Development, LLC
237 West 35th Street, 4th floor
New York, New York

RE:   Plan of Finance

Dear Mr. Bythewood:

BB&T Capital Markets, a division of Scott & Stringfellow, LLC, would be pleased to act as structuring agent/placement agent for your planned development of the Park Square Development in Baltimore, Maryland. The anticipated amount of bonds and/or debt to be issued for this project should not exceed $50,000,000.

In the engagement of BB&T Capital Markets, we will perform the following services, subject to receiving the necessary Issuer and other approvals typical of this type of financing:

1. Assist in developing an appropriate financing structure;

2. Attend necessary meetings of the Borrower;

3. Provide support in connection with the preparation, printing and distribution of the Preliminary and Final Offering Memorandum;

4. Perform pre-sale marketing of the bonds;

5. Arrange for the sale and closing of the bonds;

6. Perform all other duties and tasks as mutually agreed and necessary to complete the bond financing.

Based upon the limited information furnished to BB&T Capital Markets, by La Cite Development and his advisors, we believe that this finance could receive a favorable reception from the capital markets. Additionally, based upon our preliminary review on the limited information, we believe that this financing should be economically feasible for the entire indebtedness, assuming the property performs, as projected by La Cite Development. This letter does not constitute an obligation of, or a commitment by, BB&T Capital Markets to purchase, underwrite or place any securities to be issued by La Cite Development or any related entity. BB&T Capital Markets will be acting on a "best efforts' basis. Any such obligation or commitment will be contained in a bond purchase agreement, satisfactory in form and substance to the Issuer, La Cite Development and the BB&T Capital Markets, and executed by the duly authorized representatives of each party.

We look forward to this opportunity to work with you.

Sincerely,

James A. Swan
Managing Director
Investment Banking

BB&T Capital Markets is a division of Scott & Stringfellow, LLC, member NYSE/FINRA/SIPC
Scott & Stringfellow is a wholly-owned nonbank subsidiary of BB&T Corporation

Exhibit 39 to Verified Complaint