**usbancorp.**

All of **us** serving you™

**Community Development Corporation**
1655 Fort Myer Drive, Suite 700
Arlington, VA 22209

March 14, 2012

Dan Bythewood, Jr.
President
La Cité Development, LLC
237 West 35th Street, 4th Floor
New York, NY 10001

RE: CENTER \ WEST – Phase IA, Baltimore, MD – 239 Rental Units, 70,000 SF Commercial Space
*New Markets Tax Credit Investment*

Dear Mr. Bythewood,

Based on the information received, we have reviewed your proposal and financial projections concerning the above referenced new construction project consisting of 239 units of rental housing, approximately 70,000 SF of commercial space, as well as parking garage in the Poppleton Redevelopment district of Baltimore, Maryland. US Bancorp Community Development Corporation ("USBCDC") is delighted to consider making a New Markets Tax Credit ("NMTC") investment to finance the redevelopment project.

Based on our review, and subject to the completion of the necessary due diligence and finding $15 to 20 million of allocation, USBCDC would be interested in providing a NMTC investment in the approximate amount of $4 million. We understand that you are targeting a closing for the NMTC investment by September 2012 and feel that we will be able to accommodate this time frame.

USBCDC is the nation's leading NMTC investor, both in dollars invested and transactions closed. US Bank, National Association ("US Bank"), is the fifth largest bank holding company in the U.S. Since December 2003, USBCDC has invested in over 700 NMTC transactions providing nearly $9 billion in Qualified Equity Investments for projects. In total USBCDC has invested more than $3 billion of NMTC equity in 49 states. In addition to being a leading direct investor in the Low Income Housing Tax Credit (LIHTC) and Rehabilitation/ Historic Tax Credit (HTC) programs, USBCDC is committed to continuing and expanding its role as an investor in the NMTC program. We are experts in structuring both leveraged and non-leveraged NMTC transactions, incorporating varied sources of capital, and combining NMTC with other tax credit programs.

Please do not hesitate to contact me if you have any questions or require additional information. I look forward to working with you on this exciting project.

Sincerely,

*[signature]*

Jennifer Westerbeck
Assistant Vice President

usbank.com

Exhibit 41 to Verified Complaint