**Stern Holdings, LLC.**
205 E 59th st
New York, NY 10022

March 19, 2012

La Cite Development, LLC, Poppleton Development I, LLC
237 West 35th Street 4th Floor
New York, NY 10001
Attention: Dan Bythewood

Re: Poppleton: CENTER \ WEST Project

Gentlemen:

We have reviewed your proposal and financial projections regarding the above-referenced project which is planned to include the development of approximately 250 units of rental housing and up to 90,000 sq. ft. of commercial space. It is also our understanding that this project will include a total of approximately 400,000 sq. ft. of construction, along with parking and street beautification, enhanced transportation services, landscaping and the creation of active and passive green space.

This letter is to express our commitment and interest in participating as an equity partner for Phase IA of the Center\West Project. We are prepared to invest a total of $6,500,000 in Phase IA of the Project. We understand that you are targeting the end of Q3 2012 to be in construction and are looking to close on the equity investment in Q2 2012. Upon our receipt and satisfactory due diligence review of additional information from you and what your specific funding needs are at that time, we will be prepared to fund the equity investment. As part of our due diligence, we are requesting a copy of the signed LDDA amendment to better understand the obligations of the City of Baltimore and the Poppleton development team. We also require as a precondition for funding of the capital the successful completion of the TIF process by the City of Baltimore, and commitment/ LOI's for the anchor tenant of the retail. We look forward to outlining all terms in an operating agreement.

As you are aware, our family and company are not only committed but financially capable of funding on our commitments. Our family is the founder of such companies as, TJ Maxx (the largest off-price retailer in the world), BJ's, Marshalls, Home Goods and more. We have also developed over a Billion dollars of properties from Hotels, shopping centers, and housing.

Exhibit 42 to
Verified Complaint

-2-

As our relationship continues to grow please feel free to reach out to us with other exciting projects like Center\West. We share your commitment to and passion for developing dynamic, energy efficient real estate projects in urban markets and look forward to collaborating on similar projects of this magnitude or greater.

Please continue to keep us informed of your progress and do not hesitate to contact us if you have any questions or require additional information.

With best regards,

Jonathan Stern
Managing Principal
Stern Holdings, LLC.