

June 14, 2012

Mr. Dan Bythewood
La Cité Development, LLC
237 West 35th Street, 4th Floor
New York, NY 10001

SENT VIA EMAIL

RE:   **Project financing; development of a 456-unit multifamily rental community located in Baltimore, MD ("Property")**

Dear Mr. Bythewood:

Wells Fargo Bank, N.A. (**the "Bank"**) is pleased to offer the following Financing Proposal for permanent credit enhancement of fixed rate, tax-exempt bonds issued to Poppleton Development I, LLC (**the "Sponsor"**) for the development of Center West – Phases 1A & 1B (**the "Project"**), a proposed 456-unit rental community in Baltimore, MD.

This financing proposal is not intended to be, and should not be construed as a final commitment to provide such credit enhancement, and all terms and conditions herein are subject to change based on due diligence and underwriting. Issuance of a final commitment will be subject to final underwriting and due diligence including but not limited to receipt and review of all third party reports.

The proposed terms and conditions are as follows:

## *Proposed Loan Terms – Funded Forward Commitment*

| | |
|---|---|
| Borrower: | TBD Single Asset Entity controlled by La Cité Development, LLC |
| Guarantor: | TBD; for typical non-recourse carve-outs only. |
| Proposed Loan Amount: | $41,623,000   Phase 1A<br>$33,204,000   Phase 1B<br>$74,827,000 |
| Min. Debt Service Coverage: | 1.15:1.00 |
| Max. Loan to Value: | 90% of market value |

Exhibit 43 to Verified Complaint

Financing Proposal  
Center West Project  
Baltimore, MD

June 14, 2012  
Page 2

| | |
|---|---|
| Construction Period: | Forward Commitment term of 24 months with one, 6-month extension at the discretion of WFMC and Freddie Mac. |
| Loan Term: | 18 years. |
| Amortization: | 35 years. |
| Freddie Mac Construction Facility Fee: | TBD. Based on rating of Construction Letter of Credit provider. |
| Freddie Mac Permanent Facility Fee: | The estimated Credit Enhancement and Servicing Fee (**"Facility Fee"**) for the Permanent Loan is currently estimated at 1.35%. The all-in rate is estimated to be 5.50%. The bond rate is subject to market conditions until the time the bonds are sold into the public market. The Facility Fee is subject to market fluctuations and Freddie Mac's pricing decisions. |
| Recourse: | Non-recourse, with standard carve-outs |
| Loan Security: | First lien mortgage |
| Prepayment: | The loan will include a fee maintenance period of 15 years. |
| Assumability: | Subject to WFMC's and Freddie Mac's prior written approval and payment of an Assumption Fee of 1% of the unpaid principal balance of the Mortgage Loan and all direct expenses associated with the assumption incurred by WFMC. Each request for approval must be accompanied by a $3,000 non-refundable Review Fee. |
| Tax and Insurance Impounding: | Commencing upon Permanent Loan Conversion, real estate taxes and insurance premiums must be escrowed with WFMC on a monthly prorated basis at an amount sufficient to enable WFMC to pay (at least 30 days before due) all taxes, assessments, insurance premiums or other similar charges affecting the Property. |
| Required Insurance Coverage: | All risk coverage acceptable to WFMC and Freddie Mac. |

**Wells Fargo Multifamily Capital**

Financing Proposal  
Center West Project  
Baltimore, MD

June 14, 2012  
Page 3

| | |
|---|---|
| Replacement Reserve: | Replacement reserves will be escrowed beginning at Permanent Loan Conversion. Subject to results of the Physical Needs Assessment, ongoing Replacement Reserve escrow may be adjusted based on the amount of upfront deposit to the Replacement Reserve Account. |
| LIHTC Equity: | LIHTC Equity of $3,702,412 (Phase 1A) and $3,272,954 (Phase 1B) is expected for this transaction. |
| LIHTC Investor: | TBD. Equity provider must be approved by WFMC and Freddie Mac. |
| Subordinate Debt: | Subordinate debt is not allowed without the prior approval of Freddie Mac and WFMC. All subordinate debt must conform to Freddie Mac guidelines and a subordination agreement in a form acceptable to both Freddie Mac and Lender must be executed. |
| Loan Documentation: | Standard Freddie Mac loan documents will be utilized for the loan closing. |
| Section 8 HAP Contracts: | Generally, loans with project based rental subsidy will be underwritten at the lesser of tax credit, HAP contract, or market rent. Waivers are possible on a case by case basis with HAP contracts with terms equal to or longer than the term of the permanent financing or other special conditions. |

## Fees and Costs

Application Deposit:    A $30,000 non-refundable application fee ("Application Fee") payable to WFMC. The Application Fee will be applied against expenses incurred in the processing of the loan, including, as applicable, appraisal, environmental report, engineering report, preliminary title report, market study, preliminary legal expenses, and miscellaneous underwriting costs. Applicant is responsible for the payment of all reasonable costs incurred in connection with the underwriting, processing and/or closing of the loan (including Lender and Freddie Mac legal fees).

Freddie Mac Application Fee:  Applicant shall deliver to WFMC a Freddie Mac Application Fee which is equal to the greater of $3,000 or 0.10% of the loan amount. This fee is in addition to the Application Deposit.

Lender Commitment Fee.  A Lender Commitment Fee equal to the greater of 1.00% of the Credit Enhancement Amount or $75,000 (the "Lender Commitment Fee").

**Wells Fargo Multifamily Capital**

Forward Commitment Deposit Fee. A Forward Commitment Deposit Fee equal to 1.00% of the credit enhancement amount payable to Freddie Mac on or before Commitment. This fee will be returned no later than thirty (30) days after Permanent Loan Conversion. This fee will be retained if the loan does not convert to a permanent mortgage loan. The Forward Commitment Deposit Fee is payable in cash or acceptable letter of credit.

Conversion Costs. Borrower agrees to pay all out of pocket conversion costs, including any required third party reports and Lender's legal fees. A deposit to cover costs may be required at the time of conversion.

Construction Monitoring. Wells Fargo requires a Construction Monitoring Fee, in the amount of $10,000, to be paid at construction loan closing.

Freddie Mac Counsel Fees. Borrower will be responsible for payment of Freddie Mac's outside counsel fees.

Other Costs. Applicant is responsible for costs of survey, title insurance policy, hazard insurance policy, tax escrow fee and all other normal and customary loan closing expenses.

The Bank's current understanding of the project and this financing proposal is based on the budget submitted by the Sponsor. The Bank acknowledges that this project budget is subject to change. This letter does not represent a final commitment by the Bank for the proposed financing, nor does it define all of the terms and conditions of loan documents, but is a framework upon which a loan request may be submitted.

Issuance of a final commitment by the Bank is subject to the approval of the loan request under the Bank's internal approval process, which includes, but is not limited to, a review of the Borrower's then financial condition and a review and approval of all third party reports, in addition to completion of loan documents in form and substance acceptable to the Bank.

If you should have any questions, please feel free to call me at (301) 280-7523. Thank you for the opportunity to serve your project financing needs.

Sincerely,

*[signature: J. Xavier Shackleford]*

Justin Shackleford
Vice President
Wells Fargo Multifamily Capital


**Wells Fargo Multifamily Capital**