

**BALTIMORE HOUSING**

STEPHANIE
RAWLINGS-BLAKE
Mayor

PAUL T. GRAZIANO
Executive Director, HABC
Commissioner, HCD

April 18, 2012

Daniel Bythewood, Jr.
President
Poppleton Development I, LLC
c/o La Cite Development
237 W. 35th Street, 4th Floor
New York, NY 10001

Re: Poppleton Redevelopment Project

Dear Mr. Bythewood:

I am writing in regard to the Land Disposition and Development Agreement (the "LDDA"), by and between the Mayor and City Council of Baltimore, acting by and through the Department of Housing and Community Development (the "Department") and Poppleton Development I, LLC (the "Developer"), and approved by the Board of Estimates on September 27, 2006. As you know, the LDDA was extended on December 30, 2011 (the "Extension") through May 1, 2012.

The primary purpose of this letter is to express our concern that the Developer has to date not met the requirements of Section 1.7(a) of the LDDA, as further expressed in Item 2 of Exhibit A to the Extension. The Department has not received satisfactory evidence that "the Developer has equity capital and/or commitments for the mortgage financing or other capitalization adequate for the construction of the Improvements." This evidence is a condition precedent to Closing, which is to be held by May 1, 2012.

The Department is in receipt of four letters of interest in connection with the financing of the project:

- Stern Holdings, LCC – Equity financing for $6,500,000;
- US Bancorp – New Markets Tax Credit Allocation of $4,000,000;
- IFG Capital – Low Income Housing Tax Credit equity investment of $4,755,454; and
- BB&T Capital Markets – Offer to serve as a placement agent for approximately $50,000,000 in Industrial Revenue Bonds.

Unfortunately, these are all letters of interest rather than commitment letters. Furthermore, your current financing plan shows that the primary funding sources – a $51 million bond loan and $4.4 million in low income housing tax credits, which together make up about 75 percent of the funding – are to be provided by the Maryland Department of Housing and Community Development. ("MDHCD"). No commitment letter has been provided to us by MDHCD and, to our knowledge, no application has been submitted to MDHCD. In addition, any



Exhibit 44 to
Verified Complaint

Daniel Bythewood, Jr.
April 18, 2012
Page 2

issuance of bonds by MDHCD requires credit enhancement and no letter for such enhancement during either the construction period or the permanent period has been provided.

Finally, we are concerned about the complexity of the financing currently proposed and the reliance upon public funding.  The project as originally conceived relied upon private debt and equity to finance the improvements.  The project now proposes to utilize public funding for 92% of the project costs for Phase IA.  The current proposal includes five sources of public funding, each of which has specific regulatory restrictions that limit the use of the funds, and impacts the overall financing structure.  Phase IA of the project effectively proposes to construct four distinct sets of uses and improvements:  239 units of housing with affordable and market-rate components, 90,000 square feet of commercial space, a 339 space underground parking garage, and infrastructure and public parks.  Neither the details of such a complex financing structure and ownership structure required for this structure, or an opinion from the financiers or MDHCD that the financing sources are compatible has been provided to the Department.

While the Developer has not yet requested a further extension of the closing date, the Department anticipates that such a request will be forthcoming.  The Department will not consider a request for a further extension of the LDDA unless the following information is received by 5:00 pm on April 25, 2012:

- Detailed project budget and description indicating ownership and sources for each project component of Phase IA and Phase IB, including market-rate housing, affordable rental housing, commercial space, parking and public improvements and
- Commitments of all financing sources for Phase IA and Phase IB with clear language indicating the intended use of the funds, with the exception of Tax Increment Financing.

In the Department's view, the failure to provide this information and commitment letters will be an indication that the Developer has not met the requirements of the LDDA and Extension and will have defaulted under the terms of the agreements.

The Developer proposed Tax Increment Financing ("TIF") for Phase IA of $8,449,505.  At the request of the Developer, a TIF application dated April 5, 2012 (the "TIF Application") was prepared by the City's consultant, MuniCap, Inc., for consideration by the City of Baltimore Board of Finance.  This financing is intended to close a financing gap for the project that cannot be met after securing financing commitments from other sources.  Without other financing sources, the TIF financing is not sufficient to fund the improvements in Phase IA, or the remainder of Phase I.  The TIF Application will not be considered during the Board of Finance's April 23, 2012 meeting.  The next Board of Finance meeting is May 21, 2012.

If you have questions regarding this letter, please contact me at 410-396-5003.

Sincerely,

Peter Engel
Deputy Commissioner
Project Finance and Development