Poppleton Development, I, LLC

vs.

The Mayor and the City of Baltimore, et al.

FILED

ENTERED

JUN 2 8 2012

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND       DEPUTY

BY

Civil No. WDQ-12-1904                          Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 6/28/2012 | 6/28/2012 | Letter |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)