Poppleton Development I, LLC

vs.

The Mayor and City council of Baltimore, et al

Civil/Criminal No. RDB-~~21~~-12-1904

Defendant's Exhibits

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUL 16  P 3: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| Exhibit No. | Identification | Admitted | Description |
| --- | --- | --- | --- |
| 1 | | | Land disposition and development agreement |
| 2 | | | Pl's exhibit 4 map of the project phases |
| 3 | | | 940 W. Lexington Street title |
| 4 | | | 215 N. Schroeder Street title |
| 5 | | | 237 N. Schroeder Street title |
| 6 | | | 931 W. Saratoga Street title |
| 7 | | | 941 W. Saratoga Street title |
| 8 | | | 940 W. Lexington Street ground rent deed |
| 9 | | | 215 N. Schroeder Street ground rent inquisition |
| 10 | | | 237 N. Schroeder Street ground rent inquisition |
| 11 | | | 931 W. Saratoga Street ground rent redemption certificate |
| 12 | | | 941 W. Saratoga Street ground rent redemption certificate |
| 13 | | | 215 N. Schroeder Street ground rent redemption certificate |
| 14 | | | 952 W. Saratoga Street title |
| 15 | | | 952 W. Saratoga Street ground rent inquisition |
| 16 | July 13, 2012 | July 13, 2012 | Chicago Title Insurance Company Title Insurance Commitment no. HL-7679 effective 2/6/12 |
| 17 | | | Letter of Paul Graziano to Daniel Bythewood 7/2/10 |
| 18 | July 13, 2012 | July 13, 2012 | Poppleton I, LLC Baltimore Combined Funding Application for NEDS (September 2010) |
| 19 | July 13, 2012 | July 13, 2012 | Presentation to City of Baltimore Park Square Development TIF (April 2011) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 20 | July 13, 2012 | July 13, 2012 | Walker & Dunlop letter 7/5/11 |
| 21 | July 13, 2012 | | Application for multifamily housing project |
| 22 | July 13, 2012 | July 13, 2012 | Letter from Robert Ibner (HUD) to Ernest Benjamin 11/30/11 |
| 23 | | | Letter of D. Zoller to P. Graziano 12/9/11 |
| 24 | July 13, 2012 | July 13, 2012 | Extension agreement 12/30/11 |
| 25 | July 13, 2012 | | BB&T letter 11/21/11 |
| 26 | | | IFG Capital letter 2/24/12 |
| 27 | | | USBancorp letter 3/14/12 |
| 28 | | | Stern holdings letter 3/19/12 |
| 29 | | | e-mail of A. Smith to D. Bythewood 11/30/10 |
| 30 | | | Wells Fargo letter 6/14/12 |
| 31 | July 13, 2012 | July 13, 2012 | Letter of D. Zoller to P. Engel 4/23/12 |
| 32 | | | BOE Memo 3/31/07 Poppleton Green Design contract |
| 33 | | | e-mail from A. Smullian to L. Snodgrass & letter from Mayor Rawlings-Blake to Senator Mikulski |
| 34 | | | e-mails from A. Smith (2008-2011) |
| 35 | | | Notice of Default letter from Paul T. Graziano to Daniel Bythe wood 5/2/12 |
| 36 | | | Financing commitment letter between the City and the Poppleton partners II, L.P. for Poppleton Apartments II 9/1/10 and other financing agreements |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)