# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**　　　　　　　　　　　　　　　　　　**U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**　　　　　　　　　　　　　　　　　**101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　**BALTIMORE, MD 21201**
**NORTHERN DIVISION**　　　　　　　　　　　　　　　　　　**TEL: 410-962-3190**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**FAX: 410-962-3177**

March 4, 2013

## LETTER ORDER

TO COUNSEL OF RECORD

Re:　*Poppleton Development I, LLC v. The Mayor and City Council of Baltimore, et al.*
　　　Civil No. RDB-12-01904

Dear Counsel:

　　　Presently pending before this Court are Defendants' the Baltimore City Department of Housing and Community Development and Paul T. Graziano's Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 14) and Defendants' the Mayor and City Council of Baltimore, the Baltimore City Department of Housing and Community Development and Paul T. Graziano's Request that Plaintiff Poppleton Development I, LLC Post a Security Bond (ECF No. 20). On this the 4th day of March 2013, this Court held a hearing on the record concerning the pending motions. For the reasons stated on the record and pursuant to the agreement of the parties IT IS ORDERED that:

1. Defendants' the Baltimore City Department of Housing and Community Development and Paul T. Graziano's Motion to Dismiss (ECF No. 14) is GRANTED in part and DENIED in part. Specifically, it is GRANTED with respect to Defendant Paul T. Graziano and DENIED WITHOUT PREJUDICE with respect to Defendant Baltimore City Department of Housing and Community Development;

2. Defendants' the Mayor and City Council of Baltimore, the Baltimore City Department of Housing and Community Development and Paul T. Graziano's Request for a Security Bond (ECF No. 20) is DENIED as MOOT;

3. The parties shall submit a Status Report with respect to the outcome of settlement negotiations and other developments in the case by Thursday, April 4, 2013; and

4. The parties' Request for an Extension of Time (ECF No. 42) filed on January 31, 2013 is GRANTED.

   Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                        Sincerely,

                                        /s/_____
                                        Richard D. Bennett
                                        United States District Judge

cc   Addressees
     Court File - Original